**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:26-cv-21106

PRESIDENT DONALD J. TRUMP, TRUMP
PAYROLL CORP., 401 MEZZ VENTURE,
LLC, 401 NORTH WABASH VENTURE, LLC,
THC MIAMI RESTAURANT HOSPITALITY,
LLC, TRUMP BRIARCLIFF MANOR
DEVELOPMENT, LLC, TRUMP CHICAGO
RETAIL, LLC, TRUMP MIAMI RESORT
MANAGEMENT, LLC, TRUMP NATIONAL
GOLF CLUB COLTS NECK, LLC, and
TRUMP NATIONAL GOLF CLUB, LLC,

      Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A. and JAMES
DIMON,

      Defendants.

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT JPMORGAN CHASE BANK, N.A.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant JPMorgan Chase

Bank, N.A., by its undersigned counsel, states as follows:

JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co.,

which is a publicly held corporation.  JPMorgan Chase & Co. does not have a parent corporation

and no publicly held corporation owns 10% or more of its stock.  However, The Vanguard Group,

Inc., an investment adviser which is not a publicly held corporation, has reported that registered

investment companies, other pooled investment vehicles and institutional accounts that it or its

subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10%

or more of the stock of JPMorgan Chase & Co.

JPMorgan Chase Bank, N.A. is a national banking association, with its main office in Ohio as set forth in its Articles of Association and, therefore, is a citizen of Ohio.

Date: February 19, 2026

Respectfully submitted,

*/s/ Eliot Pedrosa*
Eliot Pedrosa
Fla. Bar No. 182443
Kelly A. Carrero
Fla. Bar No. 1072663
JONES DAY
600 Brickell Ave, Suite 3300
Miami, Florida 33131
Telephone: (305) 714-9700
Facsimile: (305) 713-9799
epedrosa@jonesday.com
kacarrero@jonesday.com

*Attorneys for Defendants*
*JPMorgan Chase Bank, N.A. and James Dimon*

2

## <u>CERTIFICATE OF SERVICE</u>

On February 19, 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.  On the same date, a copy of the foregoing document has been furnished to the following parties via U.S. Mail, postage prepaid, and electronic mail:

Alejandro Brito
Ian Michael Corp
BRITO, PLLC
2121 Ponce de Leon Boulevard, Suite 650
Coral Gables, FL 33134
abrito@britopllc.com
apiriou@britopllc.com
icorp@britopllc.com
csottile@britopllc.com

*/s/ Eliot Pedrosa*
Eliot Pedrosa

*Attorney for Defendants*
*JPMorgan Chase Bank, N.A. and James Dimon*