UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:26-cv-21106-CMA

PRESIDENT DONALD J. TRUMP, TRUMP PAYROLL CORP., 401 MEZZ VENTURE, LLC, 401 NORTH WABASH VENTURE, LLC, THC MIAMI RESTAURANT HOSPITALITY, LLC, TRUMP BRIARCLIFF MANOR DEVELOPMENT, LLC, TRUMP CHICAGO RETAIL, LLC, TRUMP MIAMI RESORT MANAGEMENT, LLC, TRUMP NATIONAL GOLF CLUB COLTS NECK, LLC, and TRUMP NATIONAL GOLF CLUB, LLC,

      Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A. and JAMES DIMON,

      Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kelly A. Carrero of the law firm Jones Day hereby gives her notice of appearance in this case on behalf of Defendants JPMorgan Chase Bank, N.A. and James Dimon ("Defendants"), and respectfully requests service of all notices, pleadings, and other papers filed or served in this case as required by the Federal Rules of Civil Procedure or by Order of the Court.

Dated: February 19, 2026

Respectfully submitted,

<u>*/s/ Kelly A. Carrero*</u>
Kelly A. Carrero
Fla. Bar No. 1072663
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799
kacarrero@jonesday.com

*Attorney for Defendants*
*JPMorgan Chase Bank, N.A. and James Dimon*

## **CERTIFICATE OF SERVICE**

On February 19, 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court. On the same date, a copy of the foregoing document has been furnished to the following parties via U.S. Mail, postage prepaid, and electronic mail:

Alejandro Brito
Ian Michael Corp
BRITO, PLLC
2121 Ponce de Leon Boulevard, Suite 650
Coral Gables, FL 33134
abrito@britopllc.com
apiriou@britopllc.com
icorp@britopllc.com
csottile@britopllc.com

*/s/ Kelly A. Carrero*
Kelly A. Carrero

*Attorney for Defendants*
*JPMorgan Chase Bank, N.A. and James Dimon*