## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No. 1:26-cv-21106-CMA/LMR

PRESIDENT DONALD J. TRUMP;
TRUMP PAYROLL CORP.; 401 MEZZ
VENTURE, LLC; 401 NORTH WABASH,
VENTURE, LLC; THC MIAMI RESTAURANT
HOSPITALITY, LLC; TRUMP BRIARCLIFF
MANOR DEVELOPMENT, LLC; TRUMP
CHICAGO RETAIL, LLC; TRUMP MIAMI
RESORT MANAGEMENT, LLC; TRUMP
NATIONAL GOLF CLUB COLTS NECK, LLC;
and TRUMP NATIONAL GOLF CLUB, LLC

      Plaintiffs,

Vs.

JPMORGAN CHASE BANK, N.A.,;
and JAMES DIMON,

      Defendants.
_____/

### NOTICE OF APPEARANCE

Please take notice that Derek E. León of the law firm of León Cosgrove Jiménez, LLP, appears in this case on behalf of Defendants JPMorgan Chase Bank, N.A. and James Dimon., and respectfully requests service of all correspondence, notices, pleadings, orders and other papers filed or served in this case as required by the Federal Rules of Civil Procedure or by Order of the Court.

Dated: February 19, 2026

Respectfully submitted,

**Derek E. León**
Derek E. León
  Florida Bar No. 625507
LEÓN COSGROVE JIMÉNEZ, LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Tel: 305.740.1975
Fax: 305.351.4059
Email: dleon@leoncosgrove.com
Email: eperez@leoncosgrove.com

*Attorney for Defendants*
*JPMorgan Chase Bank, N.A. and James Dimon*

LEÓN COSGROVE JIMÉNEZ, LLP
255 ALHAMBRA CIR., 8TH FLOOR I MIAMI, FL 33134 I T 305.740.1975 I WWW.LEONCOSGROVE.COM