UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21106-CIV-ALTONAGA

**PRESIDENT DONALD J. TRUMP**,
*et al.*,

    Plaintiffs,
vs.

**JPMORGAN CHASE BANK, N.A.**,
*et al.*,

    Defendants.
_____/

## ORDER OF RECUSAL

The undersigned judge, to whom the above styled cause was assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment in accordance with 28 U.S.C. section 455 for permanent reassignment to another judge in accordance with the blind assignment system.

**DONE AND ORDERED** in Miami, Florida, this 19th day of February, 2026.

*[signature]*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

CASE NO. 26-21106-CIV

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** Kathleen M. Williams.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing.

All documents for filing in this case shall carry the following case number and designation:

26-cv-21106-Williams/Lett

**BY ORDER** of the Court, this 19th day of February, 2026.

ANGELA E. NOBLE
Clerk of Court

By:

s/Valerie Kemp

copies provided to:
counsel of record
Clerk of Court