# Attachment 1 to the Declaration of Dan Wilkening

 

February 19, 2021

Jeffrey McConney
The Trump Corporation
725 Fifth Avenue 26th Floor
New York, NY  10022
United States

**IMPORTANT: Closing Our Banking Relationship**

Dear Mr. McConney,

We are sending this letter to confirm our recent discussion that JPMorgan Chase Bank, N.A. ("we") has decided to close its banking relationship with The Trump Corporation and its affiliated entities listed in Exhibit A to this letter ("you" or "your").

**Next Steps**

- To assist in your transition to another financial institution, we have attached a list of your accounts (the "Accounts") which are being closed. Please transfer your Accounts to another institution, or let us know where we should transfer the holdings in your Accounts, as soon as possible. We will continue to maintain your Accounts and related services until **April 19, 2021** (the "Closure Date").

- To ensure your transition is orderly, please do not process transactions and/or use any products associated with the Accounts within five business days of the Closure Date, or within five business days of any earlier date that you close the Accounts.

**What you need to know**

- During this period before the Closure Date while we continue to provide your banking services, please note:

    o Your Accounts and related services remain subject to all applicable account and service terms and conditions.

    o We may refuse to complete any transaction based on your account terms and conditions.

    o Overdrafts in any Account will not be allowed.

- If we do not receive transfer instructions from you by the Closure Date, then we may take the following actions with regard to your Accounts:

    o You may no longer have access to certain services we offer, and we may need to take certain actions in regard to the assets in the Accounts. These actions include closing the Accounts and stopping any related services, potentially sending cash balances to you, discontinuing payments from the Accounts or other actions respect to the Accounts and any related services that may be disadvantageous or inconvenient to you.

If you have any questions or comments please feel free to call. Thank you for your prompt attention to this matter.

Sincerely,

JPMorgan Chase Bank, N.A

 

**Exhibit A to February 19, 2021 Letter to The Trump Corporation and its affiliated entities listed below**

| Account Name | Account Number |
|---|---|
| 401 MEZZ VENTURE LLC | ▬▬▬▬ |
| 401 NORTH WABASH AVENUE HOTEL CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| 401 NORTH WABASH AVENUE HOTEL CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| 401 NORTH WABASH AVENUE HOTEL CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| 401 NORTH WABASH AVENUE HOTEL CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| 401 NORTH WABASH AVENUE HOTEL CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| 401 NORTH WABASH AVENUE HOTEL CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| 401 NORTH WABASH AVENUE HOTEL CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| 401 NORTH WABASH VENTURE LLC | ▬▬▬▬ |
| 401 NORTH WABASH VENTURE LLC | ▬▬▬▬ |
| 401 NORTH WABASH VENTURE LLC | ▬▬▬▬ |
| 401 NORTH WABASH VENTURE LLC | ▬▬▬▬ |
| 401 NORTH WABASH VENTURE LLC | ▬▬▬▬ |
| 401 NORTH WABASH VENTURE LLC | ▬▬▬▬ |
| 401 NORTH WABASH VENTURE LLC | ▬▬▬▬ |
| THC MIAMI RESTAURANT HOSPITALITY LLC | ▬▬▬▬ |
| THC MIAMI RESTAURANT HOSPITALITY LLC | ▬▬▬▬ |
| THE HERITAGE AT TRUMP PLACE CONDOMINIUM | ▬▬▬▬ |
| THE RESIDENCES AT 401 NORTH WABASH AVENUE CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| THE RESIDENCES AT 401 NORTH WABASH AVENUE CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| THE RESIDENCES AT 401 NORTH WABASH AVENUE CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| THE RESIDENCES AT 401 NORTH WABASH AVENUE CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| THE RESIDENCES AT 401 NORTH WABASH AVENUE CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| THE RESIDENCES AT 401 NORTH WABASH AVENUE CONDOMINIUM ASSOCIATION | ▬▬▬▬ |
| THE RESIDENCES AT TRUMP NATIONAL GOLF CLUB CONDOMINIUM | ▬▬▬▬ |
| THE RESIDENCES AT TRUMP NATIONAL GOLF CLUB CONDOMINIUM | ▬▬▬▬ |
| THE RESIDENCES AT TRUMP NATIONAL GOLF CLUB CONDOMINIUM | ▬▬▬▬ |
| THE RESIDENCES AT TRUMP NATIONAL GOLF CLUB CONDOMINIUM | ▬▬▬▬ |
| TRUMP BRIARCLIFF MANOR DEVELOPMENT LLC | ▬▬▬▬ |
| TRUMP CHICAGO RETAIL LLC | ▬▬▬▬ |
| TRUMP CHICAGO RETAIL LLC | ▬▬▬▬ |
| TRUMP CHICAGO RETAIL LLC | ▬▬▬▬ |
| TRUMP INTERNATIONAL MANAGEMENT CORP. | ▬▬▬▬ |
| TRUMP INTERNATIONAL MANAGEMENT CORP. | ▬▬▬▬ |
| TRUMP INTERNATIONAL MANAGEMENT CORP. | ▬▬▬▬ |





| | |
|---|---|
| TRUMP INTERNATIONAL MANAGEMENT CORP. | ▇▇▇▇ |
| TRUMP INTERNATIONAL MANAGEMENT CORP. | ▇▇▇▇ |
| TRUMP INTERNATIONAL MANAGEMENT CORP. | ▇▇▇▇ |
| TRUMP INTERNATIONAL MANAGEMENT CORP. | ▇▇▇▇ |
| TRUMP MIAMI RESORT MANAGEMENT LLC | ▇▇▇▇ |
| TRUMP MIAMI RESORT MANAGEMENT LLC | ▇▇▇▇ |
| TRUMP MIAMI RESORT MANAGEMENT LLC | ▇▇▇▇ |
| TRUMP MIAMI RESORT MANAGEMENT LLC | ▇▇▇▇ |
| TRUMP MIAMI RESORT MANAGEMENT LLC | ▇▇▇▇ |
| TRUMP MIAMI RESORT MANAGEMENT LLC | ▇▇▇▇ |
| TRUMP MIAMI RESORT MANAGEMENT LLC | ▇▇▇▇ |
| TRUMP MIAMI RESORT MANAGEMENT LLC | ▇▇▇▇ |
| TRUMP NATIONAL GOLF CLUB COLTS NECK LLC | ▇▇▇▇ |
| TRUMP NATIONAL GOLF CLUB COLTS NECK LLC | ▇▇▇▇ |
| TRUMP NATIONAL GOLF CLUB COLTS NECK LLC | ▇▇▇▇ |
| TRUMP NATIONAL GOLF CLUB LLC | ▇▇▇▇ |
| TRUMP NATIONAL GOLF CLUB LLC | ▇▇▇▇ |
| TRUMP NATIONAL GOLF CLUB LLC | ▇▇▇▇ |
| TRUMP PARC CONDOMINIUM | ▇▇▇▇ |
| TRUMP PAYROLL CORP | ▇▇▇▇ |

J.P.Morgan

February 19, 2021

Donald J. Trump, Sr.
The Fred C. Trump December 16, 1976 Trust
725 5th Ave, Fl 26
New York, New York, 100222519

Re:     DONALD J TRUMP SR
          THE FRED C TRUMP DECEMBER 16, 1976 TRUST

From time to time we review our existing client relationships to ensure that the products and services we offer continue to be appropriate for, and well aligned with, our clients' goals and objectives. Sometimes, as a result of these reviews, we may determine that a client's interests are no longer served by maintaining a relationship with J.P. Morgan Private Bank, and we will recommend that the client find a more suitable institution with which to conduct business. With that in mind, this letter is to respectfully inform you that we will need to end our current relationship.

**Next steps**

We must ask you to identify and establish a relationship with another firm so that arrangements can be made to transfer the above-referenced account(s) (the "Account(s)").

- Please let us know as soon as possible where we should transfer the holdings in your Account(s). Your Account(s) will remain open until April 19, 2021 (the "Closure Date").

- To ensure that your Account transition is orderly, we request that you please follow the below guidelines:
    - Please do not deposit checks to the Account(s) within five (5) business days of the Closure Date, or within five business days of any earlier date that you close the Account(s).
    - Please arrange to terminate any Automated Clearing House or ACH deposits or transfers to the Account(s) prior to the Closure Date.

**What you need to know**

**If we do not receive transfer instructions from you by the Closure Date, then J.P. Morgan may take the following actions with regard to your Account(s):**

- You may no longer have access to certain services offered by J.P. Morgan, and we may need to take certain actions in regard to the assets in the Account(s). These actions

Bank deposit accounts and related services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

-----------------------------------------------------------------------------------------

**JPMorgan Chase Bank, N.A.** and its affiliates (collectively "JPMCB") offer investment products, which may include bank-managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC** (JPMS), a member of FINRA and SIPC. JPMCB and JPMS are affiliated companies under the common control of JPMorgan Chase & Co.

**INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE**

J.P.Morgan

- include potentially sending cash balances to you, discontinuing payments from the Account(s), including debit card transactions or other actions that may be disadvantageous or inconvenient to you.
- If securities or a combination of cash and securities are held in your Account(s), we may exercise other remedies to implement the closure of the relevant Account(s). These actions may include securities transactions in the Account(s), discontinuing payments from the Account(s), including debit card transactions or other actions that may be disadvantageous or inconvenient to you.
- If applicable, we may also need to terminate any Investment Management Account Agreements and investment advisory agreements that you may have with us, which would result in assets being unmanaged until you find a new provider.

Thank you for your prompt attention to this matter.

Bank deposit accounts and related services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

-------------------------------------------------------------------------------------------

**JPMorgan Chase Bank, N.A.** and its affiliates (collectively "JPMCB") offer investment products, which may include bank-managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC** (JPMS), a member of FINRA and SIPC. JPMCB and JPMS are affiliated companies under the common control of JPMorgan Chase & Co.

**INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE**