# Attachment 8 to the Declaration of Dan Wilkening

# Terms And Conditions For Business Accounts and Services



**JPMorgan**

©2004 JPMorgan Chase Bank
All Rights Reserved
Member FDIC.

# JPMORGAN CHASE BANK
# TERMS AND CONDITIONS FOR
# BUSINESS ACCOUNTS
# AND SERVICES

## INTRODUCTION

Welcome to JPMorgan Chase Bank ("we," "us," or the "Bank"). We are pleased that you have decided to maintain a banking relationship with us. This booklet, together with the accompanying enclosures, contains the general rules, regulations, terms and conditions ("Terms and Conditions") and other disclosures for the accounts and services which you may select and constitutes an agreement between you and the Bank. References to "you" or "your" in these Terms and Conditions means the agency, association, bank, corporation, municipality, partnership, organization or other entity to whom accounts and services are being provided by the Bank. By signing an account application or signature cards, or by using or continuing to use these accounts and services, you agree to these Terms and Conditions.

These Terms and Conditions may be supplemented or amended by existing or future written agreements, acknowledgements, terms and conditions and notices including, but not limited to, agreements or acknowledgements regarding specific types of accounts maintained with the Bank, or specialized services offered by the Bank as described herein or which by their terms are subject to these Terms and Conditions. By signing an account application or signature cards, or by using or continuing to use these accounts and services, you agree to any amendments to these Terms and Conditions, whether or not you actually receive a copy of the superseding Terms and Conditions or the amendments.

Any term of any such agreements, acknowledgements, terms and conditions or notices which is inconsistent with a provision of these Terms and Conditions shall supersede such provision for purposes of the particular account or service which is

the subject thereof. These Terms and Conditions supersede and replace any other Terms and Conditions or Account Conditions previously sent to you.

Please contact your Bank representative if you need any additional information.

These Terms and Conditions are divided as follows:

**Part I** entitled *Deposit, Payment, Transfer and Withdrawal Services* describes the Bank's terms and conditions for business accounts and services, as well as rights and obligations of you and the Bank concerning such accounts and services.

**Part II** entitled *General Terms* describes our general operating terms and conditions, rules and practices.

**Part III** entitled *Interest-Bearing Accounts* describes features of certain interest-bearing accounts.

**Part IV** entitled *Business Services* describes the Check Coverage and Business Cash Now® and Coverage Now services.

**Part V** entitled *Employee Benefit Plans FDIC Coverage* describes FDIC insurance coverage of Employee Benefit Plans.

## PART 1: DEPOSIT, PAYMENT, TRANSFER AND WITHDRAWAL SERVICES

### 1. Credits

The types of credits that can be made to your account include, but are not limited to, deposits in the form of: i) checks (including Depository Transfer Checks and Preauthorized Checks), drafts, notes, acceptance or other instruments ("Items"); ii) cash; iii) transfers of funds from other accounts at the Bank, other financial institutions or other parties; and iv) credit of the proceeds from the sale, redemption or payment of securities.

All funds received for credit to your account will be credited in the same type of funds that the Bank receives unless the Bank notifies you to the contrary. The Bank reserves the right to refuse or to limit any deposit or credit.

Generally, if you make a teller deposit before the cut-off time for your branch on a Business Day: (as defined in Part II, Section 24), that day will be the day of deposit. However, if you make a deposit after that time, or on a day that is not a Business Day, the day of deposit will be the next Business Day. Cut-off times may vary among branches, but will not be earlier than 2:00 P.M. You may ask at your branch to determine its cut-off time. Unless otherwise posted at the ATM, cut-off times for ATM deposits are 3:00 P.M. in New York, 2:00 P.M. in New Jersey or Connecticut, and 2:00 P.M. Central Time or 1:00 P.M. Mountain Time in Texas.

### 2. Debits

The types of debits that can be made to your account include, but are not limited to: i) payments of Items; ii) withdrawals of cash; iii) transfer of funds to other accounts at the Bank, other financial institutions or other parties; iv) debits to cover the purchase of securities, charges of fees, commissions and other expenses of any nature; and v) all account and service charges and fees.

Your account may be debited on the day an Item is presented, certified or accepted, or at such earlier time as notification is received by us by electronic or other means that an Item drawn on your account has been deposited for collection in another financial institution.

A determination of your account balance for purposes of making a decision to dishonor an Item for insufficiency of available funds may be made at any time between the receipt of such presentment or notice and the time of return of the Item, and no more than one such determination need be made.

The Bank is authorized to debit your account and honor and pay Items and transfer of funds without limitation of amount and without inquiry as to the circumstances of issue, negotiation or indorsement or as to the disposition of the proceeds thereof, even if drawn, indorsed or payable to cash, bearer or to the individual order of any signing officer, agent or other authorized signatory or tendered in payment of that individual's obligations.

## 3. Authorizations

### a.   Preauthorized Drafts

From time to time, the Bank may receive Items generated by third parties for payment against your account that do not bear your signature. Typically, such Items (known as "preauthorized drafts") are used to pay for merchandise or other debts owed by you to the third party. You authorize the Bank to pay such Items if presented for payment against your account. In addition, the Bank's charging of this type of Item to your account, without timely objection by you pursuant to Part 1, Section 19 of these Terms and Conditions, shall constitute authorization by you to charge against your account any subsequent Item generated by the same third party. If you no longer wish such subsequent Items to be charged to such account, you must close that account with us but may open another account.

### b.   Order of Payment

When Items you have written and electronic debits that you have initiated are presented to the Bank for payment on the same day and there are insufficient available funds in your account to pay all of these transactions, it is the Bank's policy to pay cashed Items and all electronic debits such as wire transfers, ATM withdrawals and transfers, banking card purchases, Online Banking payments and ACH debits first. If available funds remain after these transactions have been completed, we will pay Items generally starting with the Item for the largest amount. If your balance is insufficient to pay the largest Item, we will pay the next largest Item until we find an Item that can be paid by your available balance. This order of payment will continue for the remaining Items presented that day.

### c.   Facsimile Signatures and Signatures with a Symbol

The Bank may in its discretion agree to open or maintain an account with facsimile signatures or signatures with a symbol. A "Facsimile signature" is any signature made other than by the signer's manual writing, and includes any signature made by any device (including a manual stamp) or machine (including a computer-generated copy or photocopy of a manual signature). A "signature with a symbol" is any signature made by an "×" or any other set of marks, or any signature containing a symbol, in each case other than the name of the person signing. If you provide the Bank with facsimile signature specimens, or if valid Items with a facsimile signature are issued on one or more occasions, you authorize the Bank to pay any Item bearing a facsimile that resembles the signature on file, or resembles a facsimile signature used in one or more valid Items. If the Bank opens or maintains an account allowing a signature with a symbol, you authorize the Bank to pay any Item bearing the same or any similar symbol in the signature line. You acknowledge that it is not commercially reasonable for the Bank to determine whether facsimile signatures or signatures with a symbol are authentic or authorized. **If you request an account to bear facsimile signatures or a symbol as a signature, or if you use a facsimile signature for valid Items, you assume all risk of forged or unauthorized items bearing a facsimile signature or a signature with a symbol.**

### 4. Electronic Instructions

We may honor any instructions received by telecopier (facsimile), computer or other electronic transmissions if we reasonably believe such instructions to be genuine or if such instructions are received in accordance with any security procedures agreed upon by you and us or in accordance with any other agreements we may have with you regarding the acceptance of such instructions.

### 5. Final Payment of Items

Any Item you deposit is received for collection only, even if we cash an Item (in whole or in part by a deposit less cash) or give you credit for it. All Items are credited or cashed subject to final payment. We choose the method of obtaining final payment of Items and may use other banks in the process. We are not responsible for actions taken by other banks, or for the loss or destruction of any Items in the possession of other banks or in transit. You agree that we have acted with due care in selecting any collecting agent that is (i) another bank or savings institution insured by the Federal Deposit Corporation or other governmental entity, (ii) a Federal Reserve Bank, or (iii) any clearing-house association. Any bank may refuse to honor a deposited Item or may honor one refused by another bank. We are not responsible for any act or failure to act that is reasonable under the circumstances or that is taken or omitted pursuant to these Terms and Conditions. You agree to use reasonable care to assist the Bank in locating or obtaining replacements of Items lost while in the Bank's possession.

### 6. Collection Procedures

We may agree with other banks to vary procedures regarding the collection or return of Items, and deadlines to the extent permitted by applicable law.

### 7. Items Transferred Outside the United States

In the event you negotiate or otherwise transfer an Item outside of the United States which is subsequently sent to us for deposit, collection or payment in the United States, you shall be deemed to make the same warranties to us on transfer or presentment, pursuant to the Uniform Commercial Code, as if such Item were negotiated or otherwise transferred by you in the United States.

### 8. Responsibility for the Back of a Check

As a paying bank, and as a bank of first deposit, we are required by federal regulation to place our indorsement stamp in prescribed and restricted positions on the back of a check. You must place your indorsement on the back of a check only in the area within 1.5 inches from the trailing edge of the check. The trailing edge of the check is defined as the left side of the check looking at it from the front. You assume all responsibility and liability for any claim or loss that you or the Bank may suffer as a result of your: i) issuance of a check in such a manner that information, marks or bands on the back of the check obscure indorsements; or ii) placement of an indorsement on the back of the check which obscures other indorse-ments, and which thereby causes a delay in the forward processing and/or return processing of the check. The Bank retains the right to refuse to accept a check for deposit when the back of the check is unreasonably obscured.

If you endorse checks on our behalf, you agree to comply with the endorsement standards of the Bank and of Appendix D of Regulation CC of the Federal Reserve System (available through your Bank representative), and to indemnify and hold us harmless from any loss, cost or expense we incur as a result of your failure to comply.

### 9. Postdated, Stale Dated, or Nonnegotiable Items

We will not be liable for any damages caused by prema-ture payment or certification of a post-dated Item. We will not be required to pay any check presented more than six months after its date or a non-negotiable Item, but we may pay such an Item and charge your account for it. If we pay or certify a post-dated Item, an Item presented more than six months after its date, or a non-negotiable Item, we will have the rights of a holder in due course of that Item.

### 10. Check Specifications

You agree that all Items used in connection with your accounts shall be produced in accordance with the Bank's check printing specifications and industry standards.

The Bank shall not be responsible for damages or losses due to any delay or failure in processing, collecting or paying Items not conforming to such specifications or

standards. We are authorized to debit your account, without further notice to you, for any damages, losses or expenses (including attorneys' fees) which we may incur as a result of the handling of Items not produced in accordance with such specifications or standards.

## 11. Encoding

If we accept Items for deposit from you which you or your agent have encoded with MICR encoding, we may rely upon the accuracy and completeness of such encoding in processing the Items for collection or payment. You shall be solely responsible for any encoding errors or defects, including without limitation, amount errors, and shall indemnify and hold the Bank harmless from and against any and all claims, damages, demands, judgments, liabilities, losses, settlements and expenses (including attorneys' fees) resulting directly or indirectly from such encoding.

## 12. Conditional Checks

You must not put any condition, restriction, or legend, such as (without limitation) "void after 60 days" or "full and final settlement," on any Item. The Bank will not be required to comply with any such condition, restriction or legend, whether pre-printed or otherwise. If any such Item is presented to us for payment, we may, in our discretion, pay the Item or return it unpaid, whether or not the condition, restriction, or legend has been satisfied.

## 13. Returned Items and Notice of Claims to the Bank

If any Items are returned by the payor bank for any reason, or if any instrument we or a subsequent collecting agent receives in payment for collection Items is not paid, or if any Item drawn on us is not paid, we may charge the Item back to your account. If the payor bank on any Item returns the Item to us or makes a claim against us based on an asserted unauthorized signature or endorsement or an asserted alteration, we may accept that return or pay that claim and charge your account for all or any part of the amount of the Item, even if the claim is made after the payor bank's return deadline. If you deposit or cash an Item drawn on the Bank and the Item or any endorsement is asserted to be forged, unauthorized or altered, the Bank may charge back all or any part of the amount of the Item, even if the charge back is made after the Bank's midnight

deadline. If we determine to charge your account(s), we shall notify you in a timely manner. We may exchange information with others concerning any such claim made against us. If we receive notice that an Item deposited in your account or that you cashed has not been paid, we may either immediately charge back your account or place a hold on your account and charge your account for the Item when the Item is returned to the Bank. If a returned Item is one that we cashed for you, we may charge back or hold funds in any of your accounts with us. Any Item lost in mail or transit or chargeable back to you for any other cause may be charged back whether or not the original Item itself can be returned.

## 14. Funds Transfer

### a. Definitions

A "funds transfer" means a series of transactions, beginning with the originator's payment order made for the purpose of paying to the beneficiary of such order (the "beneficiary") but does not include payments made by check or credit card, a debit transfer made through the Automated Clearing House System ("ACH") or transfers governed by the federal Electronic Fund Transfer Act. The term "payment order" means an instruction to a receiving bank, transmitted orally, electronically, or in writing to pay a fixed or determinable amount to a beneficiary. Your issuance to us of a payment order or our acceptance of a payment order for your account will evidence your acceptance of these terms and procedures. You will be charged a service charge for any funds transfer.

### b. Payment Orders

You may issue payment orders orally, electronically or in writing, as arranged, against your accounts with the Bank, subject to our acceptance. Payment orders will be received and processed only on our funds transfer business days, and within its established cut-off hours. We shall debit your account for the amount of each payment order accepted by the Bank and all fees associated with any order. No restrictions upon the acceptance of payment orders by us or upon

the accounts which we may debit shall be binding unless agreed to by us in writing. Communications requesting cancellation or amendment of payment orders must be received no later than 4:00 P.M. New York time on our funds transfer business day preceding our funds transfer business day we are to execute your payment order.

Notwithstanding any instructions by you to the contrary, the Bank reserves the right to use any funds transfer system in the execution of any payment order and may otherwise use any means of executing the payment order which the Bank deems reasonable in the circumstances.

c.   **Security Procedure**

All payment orders, and communications requesting cancellation or amendment of payment orders, issued in your name, are subject to verification by the Bank pursuant to a mutually agreed security procedure. Unless otherwise agreed, the Bank may furnish confidential security procedure material to any person authorized on your account with us or to any other person we reasonably believe to be authorized to receive the information. You must safeguard any test keys, passwords, identification codes, mnemonics or other security or authentication measures and make them available only to persons who are authorized to give instructions using such measures.

Unless you and the Bank have agreed in writing to an alternate security procedure, the authenticity of oral or written (including writings transmitted by facsimile) wire transfer payment orders may, at the Bank's discretion, be verified by telephonic call-back confirmation with an individual purporting to be a person reflected on the Bank's records as having authority to initiate wire transfers. You agree that this security procedure is a commercially reasonable security procedure for those wire transfer payment orders.

d.   **Foreign Currency Transfers**

In accepting a payment order issued in your name for payment outside the U.S. in a currency other than the U.S. dollar, we shall debit your account for the U.S. dollar equivalent of the amount of the foreign currency transferred at our then prevailing rate of exchange or as otherwise agreed. In processing your funds transfers, other banks may deduct their fees from the payment orders issued to them. If the beneficiary's bank is instructed to pay in a currency other than its local currency, payment may be made by the beneficiary's bank at its rate of exchange on the date of its payment. In connection with each funds transfer, you shall be responsible for complying with all local currency restrictions and any other local law governing the transaction.

If the Bank accepts payment orders issued in a foreign currency where you are the beneficiary, the Bank may convert the funds to U.S dollars at the Bank's applicable currency exchange rate and charge you a fee for such currency conversion.

e.   **Identification Numbers**

In accepting a payment order issued in your name, we may rely upon the identifying number (such as Fedwire routing number or account number) of the beneficiary, the beneficiary's bank or any intermediary bank, as instructed. Also, the beneficiary's bank in the payment order may make payment on the basis of the identifying number even though it identifies a person different from the named beneficiary. Accordingly, you shall be responsible for the consequences of any inconsistency between the name and identifying number, as instructed, of any party in such a payment order.

f.   **Funds Transfer Notices.**

In any funds transfer where you are the recipient or beneficiary of the transfer, we shall not be obligated to notify you of any such payment to your account, other than to record such payment

in your next regular statement of account. In the event that we send you an additional notice of the receipt of such a funds transfer for your account, you may not withdraw such funds until we have received payment from the sender of such transfer.

g.  **Other Procedures.**

The Bank may from time to time provide you with operational procedures or instructions regarding its funds transfer services with which you agree to comply.

### 15. Automated Clearing House Debits and Depository Transfer Checks

You may authorize the transfer of funds by Automated Clearing House ("ACH") debits by use of Depository Transfer Checks ("DTC(s)") or Preauthorized Checks. ACH debits and DTCs do not require your signature. DTCs and Preauthorized Checks may contain your name printed on the Item. The Bank makes no warranty and is not liable for the accuracy, genuineness or authenticity of ACH debits, DTCs or Preauthorized Checks.

### 16. Receipt of ACH Entries

All ACH entries received for your account will be received by the Bank subject to the rules of the National Automated Clearing House Association and any other applicable ACH rules. You agree to be bound by such ACH rules. Any credit given by the Bank to you for an ACH entry shall be provisional until we receive final settlement. If the Bank does not receive final settlement, we may revoke the provisional credit and charge back the amount to your account or obtain a refund from you, in which case the originator of the credit entry shall not be deemed to have paid you the amount of such entry. The Bank shall not notify you of its receipt of ACH entries, or ACH-formatted entries transferred on its books, for your account.

### 17. Withdrawal Limitations

The Bank may refuse to allow a withdrawal from any account in certain cases including, but not limited to, cases where: i) there is a dispute about the account (unless

a court or other competent authority has ordered the Bank to allow the withdrawal); ii) a legal garnishment or attachment is served, including, but not limited to, a levy, restraining notice or court order; iii) the account is being used as collateral to secure a debt; iv) any required documentation has not been presented; or v) you fail to repay a Bank loan or other debt or obligation to the Bank on time.

### 18. Stop Payment Orders

Generally, you may request the Bank to stop payment on an Item or ACH debit entry that you have issued or authorized. In order for you to give the Bank a valid stop payment order on an Item or ACH debit, you must provide the Bank with a reasonable opportunity to act on such a stop payment order. You agree that one business day to act upon a stop payment order for an Item or three business days to act upon a stop payment order for an ACH debit entry is a reasonable amount of time. A stop payment order must be given by a person authorized on your account and must specify: i) the account number; ii) payee; iii) date; iv) precise amount; and v) Item number or similar identifying information for an ACH debit. A stop payment order will not be effective on an Item that has been certified, issued or paid by the Bank. Where permitted by law, the Bank may, in its sole discretion, stop payment on a certified Item or Bank official check. An oral stop payment order expires after fourteen (14) days unless confirmed in writing. A written stop payment order is effective for six months, unless you renew the order in writing.

The Bank shall not be liable for failure to effectuate a stop payment order if: i) you do not provide the Bank with all the information enumerated above and with a reasonable opportunity to effectuate the stop payment order; ii) the Bank determines, as permitted by law, not to stop payment on a certified Item or Bank official check; or iii) the Item in question is a postdated Item.

### 19. Periodic Statements and Advices

We will send your monthly or periodic statements ("Statements") (which may include a record of transactions and canceled Items), or advices to the address in our records for you, and you are considered to have received the Statements upon mailing, whether or not you actually receive them. You shall exercise reasonable care and

promptness in examining the Statement or advice. Statements and advices may be mailed or otherwise made available to you in paper format, by computer disk, by electronic transmission or by such other means as you and the Bank agree upon from time to time. You shall notify the Bank in writing within sixty (60) calendar days of the mailing or transmission of the Statement or advice, or from the time the Statement or advice is made available to you, except as provided in the following sentence, of any errors, discrepancies or irregularities, including, but not limited to, unauthorized or missing drawer's signature or alteration, unauthorized transfers or withdrawals of funds by wire or otherwise, or of the non-receipt of an expected Statement or credit. You shall notify the Bank, in writing, within six (6) months of the mailing of the Statement or advice, or from the time the Statement or advice is made available to you, that any inducement was unauthorized, improper, or missing. You shall provide the Bank with all information necessary for the Bank to investigate the alleged error, discrepancy or irregularity. You shall bring no action and the Bank will not be liable for any loss, damage or expense sustained by you unless you so notify the Bank in writing of any error, discrepancy or irregularity in the Statement or advice within the time periods set forth herein.

You shall not institute any legal proceeding or action against the Bank for any claim which you may have regarding any such error, discrepancy or irregularity, including, but not limited to, unauthorized or missing drawer's signature or alteration, non-receipt of an expected Statement or advice or that any indorsement was unauthorized, improper, or missing unless: i) you have given the written notice as provided above; and ii) such legal proceeding or action has been commenced within the following time periods after the date when such Statement or advice was mailed, transmitted or made available to you: a) except as provided in clauses (b) or (c), one (1) year; b) within eighteen (18) months in the case of an unauthorized, improper, or missing endorsement; or c) if your account is maintained in Texas, within 2 years in all cases.

### 20. Cashing of Items.

The Bank may, in its discretion, refuse to cash any Item payable to you or indorsed to you. If the Bank cashes any such Item and it is returned unpaid, the Bank is authorized to deduct such amount from any account maintained by

you. In addition, the Bank may, at its discretion, cash Items drawn by you on your account when presented by the holder. If a payee who is not a deposit account customer of the Bank presents an Item drawn on your account for cash, we may refuse to cash the Item or may charge the payee a fee for cashing the Item.

### 21. Your Duty to Protect Checks; Negligence Contributing to Unauthorized Signature

You agree to protect your blank checks and other instruments from theft or loss, and to notify the Bank promptly if any blank checks or other instruments are lost or stolen. You further agree to register a complaint of any theft of blank checks or other instruments, or any unauthorized use of this Account, with a local law enforcement agency, and to provide us with a copy of the law enforcement agency's official report. If your negligence substantially contributes to the forgery or material alteration of any check or draft, you may be liable for the forged or altered check or draft. Therefore, if we offer you cost-effective additional services reasonably designed to help prevent check fraud and you fail to utilize those services, that failure will constitute negligence and you will assume the risk that checks or drafts presented against your account may be forged or altered, to the extent that the services we offered may have prevented any loss.

### 22. Abandoned or Inactive Accounts.

Generally, state law requires the Bank to send to the applicable state as abandoned property the funds on deposit when there have been no transactions by you or written communication from you for a given number of years. The applicable state is generally the state of your last known address as shown on the Bank's books and records, or the state or the Bank's address where your account is maintained if your address is outside the United States. For New York and Texas the period is 5 years and for New Jersey and Connecticut it is 10 years. You can prevent this turnover by making a transaction or by notifying us in writing that you know your account still exists at the Bank. After the turnover, rightful claimants must make claims for the funds directly to the applicable state. Your account may be charged for certain expenses incurred in remitting funds to any state. These charges are not refundable.

If your account has no activity other than charges assessed or interest credited by the Bank for a period of at least six months, the Bank is not required to provide you an account statement until your account has additional activity. If your account has no activity other than charges assessed or interest credited by us for a period of at least 12 months, you may be unable to access your account other than by an in-person withdrawal.

### 23. Disputes over Account Funds.

The Bank may refuse to pay out any money from your account until any dispute over the funds has been resolved by a court, or by agreement of the parties which is documented to the Bank's satisfaction. The Bank may file an action in interpleader with respect to any money where the Bank has been notified of disputed claims to that money. If any person asserts that a dispute exists, the Bank is not required to determine whether that dispute has merit in order to refuse to pay funds or interplead the funds. You agree to reimburse the Bank for any expenses, including attorneys' fees, that we incur because of any dispute. The Bank has the right to pay any money from your account that is required by law even if it results in an overdraft or reduces your account to the point where we return one or more Items for insufficient funds.

### 24. Provisional Recredit

In connection with any dispute regarding your account, we may choose to recredit your account pending completion of our investigation of the dispute. If we determine that your account was correct, we may reverse the provisional recredit to your account, even if that reversal results in an overdraft.

### 25. Night Depository

If you use any of the Bank's night depositories, you do so solely at your own risk. The Bank is not liable for any deposit in the night depository until we issue you a written duplicate deposit ticket or other receipt acknowledging the deposit. Any of our employees may open and count the money deposited in any night depository, and that employee's determination of the amount of money will be conclusive. You are solely responsible for any loss incurred from the disappearance, theft, or loss of any envelope, bag, or money before the Bank issues you a written receipt for the deposit.

## PART II: GENERAL TERMS

### 1. Authorized Individuals

The Bank is authorized to rely upon any document provided by you to the Bank which indicates the persons authorized to act on your behalf until the authority for any such person is withdrawn in writing. If you terminate the authority of any signer, we are not bound by that termination until we have received the termination instruction, it is complete in all material respects in order to allow us to act on the termination instruction, and we have had a reasonable opportunity to act on the termination instruction prior to any action by us with respect to the account or any Item. You agree that one business day to act upon a termination instruction is a reasonable amount of time. By using any service provided by the Bank, you represent and warrant that the execution, delivery and performance by you of any agreement or acknowledgement covering such service have been duly authorized by necessary action and do not and will not violate any provision of law or your charter or by-laws, or result in the breach of or constitute a default under any other agreement or instrument by which you are bound or affected. If you allow one or more persons to issue Items or effect debits of any kind against your account without having formally designated them as authorized signers, you authorize the Bank to pay all such Items, effect all such debits and charge your account therefor or claim refund from you.

In order to induce the Bank to honor any request, direction or instruction regarding your account or the services provided by the Bank to you, including, but not limited to, services enumerated in these Terms and Conditions, you hereby agree to indemnify and hold the Bank, its subsidiaries and affiliates and its successors, assigns, correspondents, directors, officers and employees harmless from and against any and all claims, damages, demands, judgments, liabilities, losses, costs and expenses (including attorneys' fees) resulting directly or indirectly from the Bank's alleged acceptance or execution of any request, direction or instruction, on the part of any individual listed as a person authorized to act on your behalf in any document provided by you to the Bank.

## 2. Retention of Agents

The Bank may retain agents, including, but not limited to, the Bank's subsidiaries and affiliates to perform services for you.

## 3. Information

Any information obtained by you in connection with your account or the services provided by the Bank to you, which is designated by the Bank as confidential or is or should be known by you to be confidential, including the intellectual property rights embodied therein, is the property of the Bank ("Bank Information"). You agree to use the Bank Information in the manner prescribed by us and agree not to misappropriate the Bank Information or disclose the Bank Information to anyone other than a person authorized by us, except to the extent: i) you are required to do otherwise by law; or ii) any such Bank Information is or becomes part of the public domain.

You authorize the Bank, or any affiliate or subsidiary of the Bank or any third party selected by any of them, to the extent not prohibited by applicable law: i) to exchange information about you or any of your accounts or services with each other and with others wherever situated, including information that may be used to offer insurance and investment products to you; ii) to disclose or transfer documentation and/or information about you or your accounts or services in connection with banking transactions, the provision of services or in other circumstances the Bank, or any affiliate or subsidiary of the Bank or any third party selected by any of them, wherever situated, deems necessary or appropriate or pursuant to law or regulation; and iii) to transfer or transmit, on a confidential basis, account and service information to, and process such information at, such foreign or domestic locations as they may elect for such purpose.

## 4. Overdrafts

You must maintain sufficient available balances in your account on each business day to cover the aggregate amount of debits to be charged against your account that day. We may debit your account even though the debit may bring about or increase an overdraft. An insufficient balance (overdraft) could result from among other things i) the payment of other Items; (ii) payments authorized by you; (iii) Items deposited by you that are returned to us unpaid; (iv) claims against the Bank (see paragraph I.13); (v) the imposition of service charges; (vi) the Bank's exercise of its right of set-off. If any debit to your account brings about or increases an overdraft, such overdraft shall be immediately due and payable, without further notice or demand.

In the event the Bank permits an overdraft, the Bank is authorized to charge you interest on the amount of such overdraft during the continuance thereof at the maximum rate permitted by law at the time of the overdraft or at the specific rate negotiated between you and the Bank, which rate, as reflected on the Statement or customer notice, shall be deemed conclusive. Whether or not the Bank pays an overdraft Item, the Bank may deduct the applicable overdraft charge from your account without notice. Unless agreed in writing, the Bank is under no obligation to permit any overdraft or to continue to permit overdrafts after having permitted an overdraft. No prior action or course of dealing on the part of the Bank with respect to permitting overdrafts or to continue permitting overdrafts after having permitted an overdraft in your account shall cause reliance on your part that such action would continue or give rise to any claim or action by you against the Bank if the Bank refuses to honor or pay an Item, an ACH debit, payment order or any other debit or withdrawal unless you have sufficient funds available in your account to cover such a debit or withdrawal without incurring an overdraft.

## 5. Recordings

The Bank, at its sole discretion, may make recordings and retain such recordings of telephone conversations between you and the Bank.

## 6. Electronic Record Retention

We may retain our copy of any documents or Items relating to your accounts and services in a form preserving an image of any such documents or Items, including that of your signature (whether electronic, mechanical, magnetic or otherwise) or a regular business record and discard the original documents or Items. You hereby waive any objection to the use of such records in lieu of their paper equivalents for any purpose and in any forum, venue or jurisdiction, including, without limitation, objections arising from our role or acquiescence in the destruction of the originals.

## 7. Fees

You agree to pay and to have your accounts charged for all fees and service charges incurred by you including, but not limited to, balance deficiency fees, fees not satisfied by compensating balance arrangements and all usual and customary fees that we may, from time to time, charge for any of the accounts and services provided. If you have contracted with us for pricing or services that vary from the standard pricing and services offered under our account documentation, then that contract supersedes this agreement to the extent of any conflict. However, this agreement governs all accounts to the extent not in conflict with any other agreements.

## 8. Set-Off and Lien

You grant to the Bank and all of its affiliates (collectively, "JPMorgan Chase") a lien and security interest in all Collateral (as defined below) to secure all of your Obligations (as defined below), and a right of setoff against all Collateral to pay all of your Obligations. You authorize JPMorgan Chase, without notice or demand for payment, to apply any Collateral to any Obligations in any amount and at any one or more times as JPMorgan Chase selects in its sole discretion, regardless of whether any other collateral security is adequate. JPMorgan Chase also has all of the rights of a secured party under the Uniform Commercial Code with respect to all Collateral. For purposes of this section 8, "you," "your," or "yours" includes the depositor and all of its affiliates. "Obligations"means any and all of your liabilities and obligations to JPMorgan Chase, and claims of every nature and description of JPMorgan Chase against you. Obligations include liabilities, obligations, and claims described above whether they are (1) currently existing or subsequently incurred, (2) originally contracted with JPMorgan Chase, or with another or others and are currently or subsequently acquired in any manner by JPMorgan Chase, (3) contracted by you alone or jointly and/or severally with another or others, (4) direct or indirect, (5) absolute or contingent, (6) secured or unsecured, or (7) matured or unmatured. "Collateral" means all of your deposit accounts and other claims against JPMorgan Chase, and all of your money, securities, securities entitlements, financial assets, goods, instruments, and all other property, if the property is now or subsequently actually or constructively held or received from or for you by, or in transit in any manner to or from,

JPMorgan Chase, its correspondents or agents, and the proceeds of any other Collateral. Collateral includes, without limitation, all property described above that comes into the possession of JPMorgan Chase for any purpose, whether for deposit, safekeeping, custody, pledge, transmission, or collection, or placed in any safe deposit box leased by JPMorgan Chase to you. You also authorize JPMorgan Chase to transfer to or register in the name of its nominee or nominees all or any part of the Collateral and to exercise any of your rights, power and privileges relating to the Collateral (except that prior to default under any indebtedness JPMorgan Chase may not vote or direct the voting of any Collateral), at any one or more times, without demand or notice to you. The Collateral is given in addition to any other collateral security described in any separate agreement you may execute.

If your account is part of a group of accounts the balances of which are aggregated for account analysis purposes, JPMorgan Chase may treat all of the accounts as being jointly owned by all of the account owners and may offset any account to repay overdrafts in another aggregated account or debts of the owner of any other aggregated account.

You may not pledge the account as collateral to secure any indebtedness without the Bank's prior express written consent. At any time the Bank has a right to offset against funds in your account, the Bank may choose to place a hold against funds in your account, the Bank may choose to place a hold against the account (to the extent of the Bank's right of offset) rather than immediately deducting the funds.

## 9. Balance and Other Information

Balances change on a frequent basis. You hereby waive any claim against the Bank based on representations made by the Bank, orally, electronically, or in writing regarding balance, transaction and related information provided by the Bank. The Bank assumes no responsibility for your reliance on balance, transaction and related information communicated to you by any means including, but not limited to, electronically, which is subsequently updated or corrected, or for the accuracy or timeliness of information supplied by third parties.

## 10. Notices

All Statements and advices will be sent to you by ordinary mail, by courier, by electronic transmission or by such other means as you and the Bank agree upon from time to time at the address (street address, post office box or electronic address) last recorded by the Bank. You must notify us, promptly and in writing, of any change of your address. Unless otherwise arranged, all notices to us must be sent to our address specified on your Statement or, if the notice relates to a particular service which you are receiving from us, to the address specified in the agreement for such service. The Bank shall have a reasonable time to act on any notices received. The Bank shall not be responsible for the failure to receive, or delay in receipt of, notices which are not sent in the manner provided herein.

## 11. Liability

**YOU AGREE THAT THE BANK SHALL NOT BE LIABLE FOR INDIRECT, SPECIAL, OR CONSEQUENTIAL DAMAGES REGARDLESS OF THE FORM OF ACTION AND EVEN IF THE BANK HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.**

In the event of the Bank's: i) failure to stop payment on an Item; or ii) payment of an Item bearing an unauthorized signature, forged drawer's signature, forged indorsement or alteration, the Bank's liability, if any, shall be limited to the face amount of the Item.

## 12. Indemnity

In order to induce the Bank to honor requests for services, including, but not limited to, those enumerated in these Terms and Conditions, you hereby agree to indemnify and hold the Bank, its subsidiaries and affiliates and its successors, assigns, correspondents, directors, officers and employees harmless from and against any and all claims, damages, demands, judgments, liabilities, losses and expenses (including attorneys' fees) resulting directly or indirectly from: i) any willful misconduct, negligence, action or omission on the part of any individual who has been listed as a person authorized to act on your behalf in any document provided by you to the Bank; ii) the Bank's acts or omissions under these Terms and Conditions

except for the Bank's gross negligence or willful misconduct; or iii) the Bank's payment of any taxes, interest or penalty otherwise due from you, paid on your behalf, or for which the Bank has no responsibility under Section 21 hereof; iv) any delay in, or failure to pay, withhold or report any U.S. Federal, state, local, possessions or foreign taxes imposed on you, the accounts or services; or v) your failure to observe any provision of these Terms and Conditions, including without limitation, your breach of any representation or warranty hereunder.

## 13. Termination of Account

You or the Bank may close any of your accounts at any time; provided, however, certain conditions for time deposits and savings accounts may apply. Upon one of your accounts being closed, you shall receive any finally collected and available balance in the account at the time the account is closed. The Bank may return unpaid any Items presented on your account after it is closed. After your account is closed, the Bank or its subsidiaries and affiliates may continue to exchange information about your account with others.

The Bank may terminate any service at any time without notice. If you wish to terminate a service, you shall give the Bank prior written notice of your intention to terminate. Termination by you shall become effective a reasonable time after the Bank's receipt of the termination notice. The Bank may complete all requests and instructions accepted on the day termination is to become effective.

## 14. Waiver of Jury Trial

**TO THE EXTENT PERMITTED BY LAW, BOTH YOU AND THE BANK HEREBY IRREVOCABLY WAIVE ALL RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM, OF WHATEVER TYPE OR NATURE, INCLUDING ACTIONS SOUNDING IN CONTRACT OR TORT OR BASED UPON A STATUTORY VIOLATION, ARISING OUT OF THESE TERMS AND CONDITIONS, OR THE RELATIONSHIP ESTABLISHED HEREBY.**

## 15. Claims Against the Bank

Any claim which you may have against the Bank arising from accounts or services which are the subject of these Terms and Conditions, unless a shorter period of time is expressly provided, must be brought against the Bank within two (2) years of the incurrence of the cause of action.

Any claim which you may have against the Bank as a result of accounts and services offered pursuant to these Terms and Conditions may only be brought as a breach of contract claim; and you hereby irrevocably waive all right in any action, proceeding or counterclaim, of whatever type or nature, to bring any claim against the Bank sounding in negligence or tort or based upon a statutory violation.

## 16. Force Majeure

We shall not be liable for any loss or damage to you caused by our failure to provide any service or delay in providing such service resulting from an act of God, act of governmental authority, *de jure or de facto*, legal constraint, war, terrorism, fire, catastrophe, or electrical, computer, mechanical or telecommunications failure, or failure of any agent or correspondent or any other cause beyond our control.

## 17. Changes of These Provisions

The Bank may change any portion of these Terms and Conditions or impose other restrictions on your accounts or services, as the Bank deems necessary in the course of its business, at any time by the posting of notice at the branch at which your accounts are maintained or by the sending of notice by means of ordinary mail. Changes to these Terms and Conditions which are required by law may be implemented immediately or as required by law.

## 18. Waiver; Course of Dealing

The Bank may waive any portion of these Terms and Conditions, but such waiver shall apply only on that occasion and must be in writing. Such waiver shall not constitute a waiver of any other provision of these Terms and Conditions.

If there is a conflict between what one of our employees says and the terms of this Agreement, the terms of this Agreement shall control. No course of dealing will modify our or your obligations under this Agreement.

To the extent that you would have or be able to claim sovereign immunity in any action, claim, suit or proceeding brought by the Bank (or the Bank's assignee), you irrevocably waive and agree not to claim such immunity.

## 19. Variation of Law; Severability

These Terms and Conditions vary applicable law or regulation to the maximum extent permitted under any such law or regulation. Any provision of applicable law or regulation that cannot be varied by agreement or notice shall supersede any conflicting term of these Terms and Conditions.

If any provision of these Terms and Conditions shall be held to be illegal or unenforceable, the validity of the remaining portions of these Terms and Conditions shall not be affected.

## 20. Governing Law

Any disputes arising from or related to your accounts with us or services provided to you by us shall be governed by the laws of the State of New York (without reference to the conflict of law rules thereof), except that any disputes arising from or related to an account opened and maintained in a state or jurisdiction other than New York shall be governed by the laws of that state or jurisdiction (without reference to the conflict of laws rules thereof). In addition, any dispute arising from or related to your accounts with us or services provided to you by us shall be governed by federal laws and regulations, Federal Reserve Bank Rules and Operating Circulars, local clearinghouse rules, Automated Clearing House Rules and general commercial bank practices applicable to accounts of your type or to the services provided by us.

Under federal law, deposits that you maintain in a branch of the Bank located outside of the U.S. are not insured by the Federal Deposit Insurance Corporation ("FDIC"); are subject to cross-border risks; and enjoy a lesser preference, as compared to deposits held in the U.S., in the event the Bank should be liquidated, become insolvent

or placed into receivership or other proceeding for the benefit of creditors.

## 21. Taxes

You hereby agree that the Bank shall have no responsibility or liability for any obligation now or hereafter imposed on you by the tax law of the U.S. or any state or political division thereof, including, but not limited to, responsibility for withholding or other taxes, assessments or other governmental charges, certification and reporting. You shall be responsible for the payment of all taxes relating to your accounts or services.

You further agree to provide the Bank with such documentation, declarations, certifications and information as it may require in connection with taxation, and warrant that such information is true and correct in every respect, not misleading or inaccurate in any way, and contains all material information. You undertake to notify the Bank immediately if any such information requires updating or correction. The Bank is authorized to deduct from any cash receivable credited to your accounts any taxes or levies required by any revenue or governmental authority for whatever reason with respect to your accounts.

## 22. Jurisdiction and Venue

Any action against the Bank arising from or relating to your accounts or services provided to you by the Bank must be brought by you in state or (where there is subject matter jurisdiction) federal court located in the State of New York, County of New York, except that any action arising from or relating to an account opened and maintained by the Bank in another state or jurisdiction must be brought by you in a proper court located in that state or jurisdiction. In addition, you consent to the jurisdiction and venue of the state and federal courts located within the State of New York, County of New York for the adjudication of all claims made by the Bank against you arising from or relating to your account or the services provided by us.

## 23. Assignment

No account may be assigned except as collateral. No collateral assignment will be effective unless the Bank consents to the assignment in writing. The Bank may

refuse to consent in its sole discretion. Any assignment contrary to this paragraph is void.

## 24. Business Day/Hours

A Business Day is Monday through Friday, excluding federal holidays. The Bank will open its branch offices during the hours it finds suitable and convenient. Ask your local branch for its business hours.

## 25. Research and Legal Process.

To the extent not prohibited by applicable law, you will be charged for research, reproduction and production of documents for the Bank's compliance with subpoenas, administrative orders, court orders, levies, garnishments, attachments or other legal process and any other expenses incurred by the Bank in connection with the Bank's compliance, including but not limited to attorneys' fees.

If any action, including administrative proceedings, garnishment, tax levies, restraining orders or other action is brought against you or your account, you agree to protect the Bank from any liability or expense that may result from the action unless that liability or expense is the result of the Bank's breach of this agreement with you. If any legal process, including without limitation any writ of garnishment or execution or any levy, is served on the Bank relating to you or your account, the Bank is authorized to comply with the legal process, and is not required to determine whether the court issuing the legal process had jurisdiction over you or over the account or otherwise had the authority to issue the legal process.

## PART III: INTEREST-BEARING ACCOUNTS

### A.  Non-CD Accounts -Account Features

#### 1.  Annual Interest Rate

These accounts have interest rates that may vary from time to time and are determined by the Bank, based on market conditions. From time to time, the Bank may establish, change or eliminate different balance levels or the use of an index to determine different rates of interest or establish a balance above which interest shall not be paid.

2. In the event that a claim is asserted against the funds on deposit (see Part I, 13 and 23) such funds may be placed in a non-interest bearing account at the Bank's discretion.

3. **Interest Computation Method/ Compounding Period**

   Interest on any of these accounts is compounded daily and computed on a 365-day basis. During leap years, interest will be computed on a 366-day basis, if the account is open on February 29.

4. **Paying Interest**

   a. Interest on any of these accounts is paid to that account on a monthly basis.

      As a result of our having different computer systems, interest on your Business Passbook Savings Account may be paid on a quarterly basis.

   b. If you close any of these accounts before the interest crediting date, you forfeit the unpaid interest for that period.

5. **Schedule for Collection/Earning of Interest**

   Deposits to any of these accounts, except Business Savings Accounts, begin to earn interest on the day the funds become collected, which depends on where the item originated and/or what type of deposits are made (i.e., cash, check, wire, electronic transfer, etc.). Collection usually occurs between zero (0) and three (3) Business Days. Business Savings Accounts begin to earn interest as of the day of deposit. You must maintain a minimum balance of $1.00 in the account each day to earn interest.

6. **Transaction Limitations**

   a. **Business Money Market Account**

      There is no limit on the number of withdrawals or transfers you may make:
      • in person
      • by mail
      • by messenger
      • at an ATM

      You are permitted by law to make up to six (6) restricted withdrawals or transfers per statement period (approximately four (4) weeks). Of these six (6), up to three (3) may be by check. Examples of such restricted transactions include:
      • telephone and computer transfers
      • preauthorized third-party payments
      • preauthorized transfers to another account (except Bank loans).

      ANY PREAUTHORIZED OR AUTOMATIC TRANSFERS EXCEEDING THESE LIMITS MAY NOT BE PAID FROM YOUR ACCOUNT AND A FEE WILL BE CHARGED (SEE FEE SCHEDULE).

   b. **Business Savings Accounts**

      You are permitted by law to make up to six (6) restricted transactions as described above, per calendar month. There are no checks drawn on this account.

      In the event that the Bank receives an authorization to charge a Business Savings Account in excess of the above limitations, the Bank is under no obligation to honor such authorization. **ANY PREAUTHORIZED OR AUTOMATIC TRANSFERS EXCEEDING THESE LIMITS MAY NOT BE PAID FROM YOUR ACCOUNT AND A FEE WILL BE CHARGED (SEE FEE SCHEDULE).**

c. **IN CALCULATING THE LIMITA-TIONS ON BUSINESS MONEY MARKET AND BUSINESS SAVINGS ACCOUNTS, WE USE THE DATE THAT THE TRANSACTION IS POSTED TO YOUR ACCOUNT AND NOT THE DATE THAT THE TRANSACTION IS AUTHORIZED.**

d. As a result of the Bank having different computer systems, your Business Money Market and Business Savings Accounts may be treated differently from what is described in Section (a) and (b) above. Instead, pursuant to federal regulation, the Bank is required to monitor excessive restricted transactional use of Money Market and Savings Accounts. If you continuously exceed the stated limits (all limits are calculated for statement periods and not calendar months), the Bank is required to convert your account to an appropriate transaction account (Business Checking or Business Checking with Interest) and you will be notified. In addition, the Bank may treat as restricted transactions debits to these accounts for the purchase of official checks from us.

e. The Bank is required by federal law to reserve the right to require at least seven (7) days notice prior to a withdrawal from a Business Checking with Interest, Money Market or Savings Account. (Presently, the Bank does not have this requirement.)

7. **Business Checking Account and Business Checking with Interest/Money Market Sub-Account**

In order to accommodate our internal accounting and regulatory reporting, a money market sub-account is established and is a part of your Business Checking Account or Business Checking with Interest Account (both referred to as "Account" as appropriate). This will not affect your account number, balance requirements, monthly statement or your use of the Account. There will not be any change in the way you earn interest (Business Checking with Interest only) or in your transactional (check writing or otherwise) capabilities.

There will be two portions or "sub-accounts" within your Account. One is a checking sub-account with no transaction limitations and the other is a money market sub-account. The sub-account for Business Checking Account is a non-interest bearing money market account. At the beginning of each statement period, we will automatically allocate a portion of your Account to each sub-account. All checks, withdrawals and other charges will be made against the checking sub-account. As funds are needed, we will, without charge, automatically transfer funds from the money market sub-account to the checking sub-account. This can occur up to six (6) times per statement period. Upon the sixth transfer, the entire balance in the money market sub-account will be transferred to the checking sub-account. This process will repeat at the beginning of each statement period. We will be responsible for monitoring these transactions.

Your monthly statement will reflect one combined balance and for your Business Checking with Interest Account one annual percentage yield earned and one amount of interest paid for the entire Account. The statement will not reflect the previously described internal transfers between the two sub-accounts.

## B. CDs-GENERAL TERMS

### 1. Annual Interest Rate

The annual interest rate is determined by us, based on market conditions, and is fixed for the term of your CD.

### 2. Interest Computation Method and Computing Period

CD interest is compounded daily. Jumbo CD interest is computed on a simple interest basis (no compounding). Interest on CDs is computed from day of deposit to day of withdrawal. This interest computation policy includes the day of deposit but excludes the maturity date. Interest is computed on a 365-day basis.

### 3. Term and Maturity Date

The term of your CD is the length of time you have agreed to leave your money on deposit. The term begins on the date you make the deposit and ends on the maturity date stated. If the maturity date falls on a Saturday, Sunday or federal holiday, the next banking day becomes the maturity date.

### 4. Automatic Renewal

CDs will be renewed automatically for the same term at the interest rate in effect on the maturity date. However, the Bank reserves the right not to renew your CD or to renew on different terms. If you choose not to renew, the principal plus interest can be credited to an account you choose, or a check will be issued to you.

### 5. Grace Period

After the CD is renewed, there is a grace period of five (5) Business Days during which you can notify us that you do not wish the CD to be renewed and you can withdraw the funds from the CD without penalty, or during which you can make one (1) additional deposit to the CD. The minimum additional deposit is $250 and, for Jumbo CDs, the minimum additional deposit is $1,000.

### 6. Interest After Maturity

If you tell us not to renew your CD, or if we choose not to renew your CD, no interest will be earned on or after the maturity date.

### 7. Paying Interest

You may choose to have your interest credited to your CD (except on Jumbo CDs) or to another Bank account monthly and at maturity. Interest earned on Tax Deferred CDs will be credited only at maturity. Interest earned on Jumbo CDs will be credited at maturity and on the anniversary of CD opening (for terms of more than 12 months).

If your Jumbo CD is on a different computer system, interest is paid annually and/or at maturity, depending on the term of the CD.

### 8. Early Withdrawal Penalty

Partial withdrawals from a CD are not permitted. If we permit you to make an early withdrawal of the entire CD (or any renewal thereof), YOU WILL FORFEIT THE AMOUNT OF SIMPLE INTEREST LISTED BELOW ON THE AMOUNT WITHDRAWN, COMPUTED AT THE RATE IN EFFECT ON YOUR CD, REGARDLESS OF THE LENGTH OF THE TIME THE FUNDS REMAINED ON DEPOSIT. ALL OR PART OF THE PENALTY MAY BE DEDUCTED FROM THE PRINCIPAL AMOUNT. However, no early withdrawal penalty is assessed if the withdrawal is made because of the death or legal incompetency of an owner.

| Term | Penalty |
|------|---------|
| * 7-91 days | all interest contracted for during the term of the CD |
| * 92-364 days | 90 days simple interest |
| * 365 days and over | 180 days simple interest |

9. **Commercial One-Year Special CD**

A. **Eligibility:** CD must be linked to a Relationship Product.

B. **Minimum to Open:** $10,000

C. **Term:** 1 year

D. **Interest Rate:** The interest rate is determined by the Bank based on market conditions. You have the option to change the interest rate on this CD six months from the date this CD is opened ("Rate Option Date"). Beginning on the Rate Option Date plus ten days ("Rate Option Period"), you may notify the Bank that you want your One Year Special CD to earn the interest rate offered by the Bank for the One Year Special CD at the time you notify the Bank during the Rate Option Period. The new interest rate will remain in effect for the remainder of the term of the CD.

   1. **Term Extension:** If you request the interest rate option described above, the term of your One Year Special CD shall be extended for 1 year from the date you exercise the interest rate option. No additional deposits may be made during the "Rate Option Period."

E. **Interest Payment:** Monthly and at maturity

F. **Early Withdrawal Penalty:** 180 days interest.

**PART IV. Business Services**

A. **Services**

As a result of having different computer systems, you may have access to one or more of the services described below. If you use Business Cash Now℠, that service may be converted to our Check Coverage service. If your service is converted, you will be notified. If you have any questions, please ask a Bank representative.

B. **Check Coverage**

Check Coverage (the "Service") is a feature that can be added to your Business Checking, Flat Fee Business Checking or Business Checking with Interest Account to avoid the return of checks unpaid. You will obtain immediate checkwriting availability on checks you deposit at our automated teller machines ("ATM"). On checks deposited at our teller windows, you will obtain next Business Day checkwriting availability. In addition, available funds will automatically be transferred from your designated money market or savings account to cover overdrafts on your checking account.

To use this Service you must maintain with us a Business Checking, Flat Fee Business Checking or Business Checking with Interest Account ("Protected Account"), and a Business Money Market or Business Savings Account or a Business CD (uncollected funds feature only) ("Protecting Account"), as designated on the signature card. The Protecting Account must be held in the same name(s) and legal capacity as the Protected Account. A maximum of four accounts may be designated as Protecting Accounts.

   1. **Uncollected Funds Feature**

Check Coverage enables you to write checks against a deposit before that deposit would otherwise be available to you. An amount equal to your deposit must remain

in your Protecting Accounts for the length of time it takes for your deposit to become available during the ordinary course of business. Your Protecting Accounts will continue to earn interest on those funds being held to cover the check(s) deposited. The uncollected funds feature is for check-writing purposes only and will not permit you to withdraw cash except as stated below under "Special Rules for Automated Teller Machines." The maximum amount of coverage available is the total available funds in the Protecting Accounts, not to exceed $25,000.

## 2. Special Rules for Automated Teller Machines

If you deposit a check at any of our ATMs, you will be able to obtain immediate cash at any of our ATMs or at an ATM at any participating ATM network on the day of deposit (only) and for an amount not to exceed your daily cash withdrawal limit. (Some accounts may not be accessible through network ATMs.)

The Service will not be available during any ATM maintenance period or any other period our computer or communications systems are off-line. Deposits made during this period may be used for check-writing privileges the next Business Day after the day of deposit.

## 3. Overdraft Protection Feature

As a Check Coverage customer, your designated Protecting Accounts are used to cover overdrafts in your Protected Account. Until the funds are actually transferred to cover an overdraft, you will continue to have full access to them and they will continue to earn interest. The overdraft protection feature is for checkwriting purposes only. You will not be permitted to withdraw cash. This feature is not intended to constitute a line of credit.

### a. Overdraft Transfer Maximum

No more than $25,000 in total per Business Day will be transferred from your Protecting Accounts to cover overdrafts in your Protected Account. If one or more transactions overdraw your Protected Account in a given Business Day, and if you have available funds in your Protecting Accounts to cover them, one overdraft transfer will be generated from each Protecting Account in the order you designate until sufficient funds have been transferred to pay all checks which have been presented for payment. However, a fee will be assessed for each check paid.

### b. Transfer Limitation

The total number of payment transfers permitted from each Protecting Account is six (6) per statement period if you are using a Business Money Market Account, or six (6) per calendar month if you are using a Business Savings Account. If the total number of payment transfers, including overdraft transfers, has reached the applicable limit, that account will no longer serve as a Protecting Account for the remainder of that statement period or calendar month. Transfers will continue from your other protecting accounts until the applicable transaction limitation is reached for each of these. Once all accounts have exceeded these limits, any checks drawn on your Protected Account will be returned. You will also be charged the current insufficient funds fee.

## 4. General Provisions Related to Uncollected and Overdraft Features

### a. Receipt of Deposits

In using this Service, it is important for you to know when deposits are considered received by us. Checks deposited at a teller window or one of our ATMs are considered

received by us on the day of deposit, except that if the deposit is not made on a Business Day or is made after our designated cut-off time, the checks are considered received by us on our next Business Day. Our cut-off times for teller deposits vary by location, but are no earlier than 2:00 P.M. local time. ATM deposit cut-off times, unless otherwise posted at the ATM, are 3:00 P.M. in New York, 2:00 P.M. in New Jersey and Connecticut, and 2:00 Central Time or 1:00 Mountain Time in Texas. For the purpose of our determining whether you have sufficient available balances in your Protected Account to pay checks drawn on that account, funds deposited at one of our ATMs are available by means of this Service on the evening of the Business Day of receipt. For checks deposited at teller windows, funds are available by means of this Service for checkwriting privileges on the Business Day after the day of receipt. While the day a deposit is considered to be received will not affect your ability to obtain immediate cash for checks deposited at one of our ATMs on the day of deposit (only), it will affect when your checks would otherwise become available for withdrawal in accordance with our funds availability policy (see Funds Availability Schedule) and hence the time during which a portion of the Protecting Account may not be withdrawn.

**b.   Adjustments to Accounts**

If a check you deposit is returned unpaid for any reason, or if you misrepresented your deposit amount at one of our ATMs, then we shall transfer funds from your Protecting Account to cover an overdraft in your Protected Account. If we deem it necessary to protect us from loss, we may restrict or charge your Protected/ Protecting Account without prior notice.

**c.   Service Charges**

We shall waive our standard uncollected check fee for checks paid in connection with this Service. You shall be subject to all other fees and service charges applicable to your account, including any fees for the return or payment of checks drawn against an insufficient balance. You agree to pay these charges promptly and authorize us to charge your account for these amounts. Additionally, you agree to pay any special charges in effect. You may obtain a copy of our current Fee Schedule at any branch.

**d.   Termination**

We reserve the right to terminate or amend your use of this Service at any time without prior notice. Any holds placed against any Protecting Account at the time of termination will continue in effect in accordance with this agreement.

**C.   Business Cash Now$^{SM}$**

Business Cash Now allows you to deposit check(s) that are payable to you into your Business Checking or Business Checking with Interest Account ("Primary Account"), and have immediate availability to these funds up to your Business Cash Now limit. To be eligible, you must be a Middle Market Business Banking Customer and maintain a Primary Account and at least one Business Money Market Account, Business Savings Account or Business CD ("Related Account"). IRA, Keogh, SEP, Escrow Client Funds and Attorney IOLA Accounts are not eligible. Checks must be deposited at one of our ATMs and funds may be accessed by writing a check to a third party or by making a withdrawal at an ATM. The Business Cash Now limit will not be used as an overdraft line of credit

**1.   Business Cash Now$^{SM}$ Limits**

The daily Business Cash Now limit, which includes both checks written and ATM

withdrawals, is the lesser of $15,000 for Middle Market Business Banking customers or the total of available balances in Related Accounts. The limit is calculated daily. Related Accounts opened and included in the relationship after the date of this Agreement will be included in calculating the Business Cash Now limits within five (5) business days after an account has been opened. Withdrawal limits at one of our ATMs are $1,000 per day per Business Banking Card.

2.   **Business Cash Now**<sup>SM</sup> **Holds**

When you draw against funds deposited that are not yet available in the Primary Account, we will place a hold against the Related Account(s) equal to the amount of not yet available funds used. Hold(s) will be placed against the least liquid account(s) in the relationship. Hold(s) will be placed for one (1) Business Day.

3.   **Deposited Checks Returned Unpaid**

If a check(s) deposited into the Primary Account is returned unpaid, the amount of the check will be charged to the Primary Account. If this charge creates an overdraft in the Primary Account, the Bank, at its discretion, may transfer funds from the Related Account to cover the overdraft. If the Bank chooses to transfer funds, notice will be given on the day of the transfer.

4.   **Termination Of Service**

We may terminate or amend Business Cash Now at any time, without prior notice. Any holds placed against any Related Account(s) at the time of termination will continue in effect in accordance with this Agreement.

D.   **Coverage Now**<sup>SM</sup>

Coverage Now is a service offered by us whereby, in order to avoid overdrafts, transfers of funds may be made from your Business Money Market Account and/or Business Savings Account ("Source Account") to your Business Checking or Business Checking with Interest Account, as designated on your Middle Market Business Banking application.

1.   **Amounts**

If check(s) or other charges are processed against the Business Checking or Business Checking with Interest Account ("Recipient Account") that would result in an overdraft to that account, the Bank is authorized through Coverage Now to automatically transfer funds from the Source Account to the Recipient Account. Any transfer shall be up to a maximum of $10,000 per transaction. Coverage Now will only transfer funds necessary to cover an entire overdraft, otherwise a transfer will not be completed.

2.   **Fees**

There will be an overdraft check paid fee per transfer charged against the Source Account (see fee schedule).

3.   **Source Account**

In order for us to complete a transfer, the Source Account must have a balance of collected funds at least equal to the amount of the overdraft and applicable fees. Transfers will not be made if there are insufficient collected funds in the Source Account. In that event, the check(s) or other charges presented against the Recipient Account will be returned unpaid or may be approved and paid, on a case-by-case basis, thereby creating an overdraft.

4.   **Transaction Limitations**

Federal law limits the number of automatic or electronic transfers from the Source Account to six (6) per statement cycle. This

transfer limit will be reduced by the number of any other automatic or electronic transfers from the Source Account during a statement cycle. In addition, if the Source Account is a Business Money Market Account, the transfer limit will be further reduced by the number of checks paid against the Business Money Market Account during a statement cycle. If the limit on the number of transfers from the Source Account has been met during any statement cycle, additional Coverage Now transfers from the Source Account during that statement cycle will not be completed.

5. **Notices**

The Bank will send a notice to you for each attempted transfer whether or not it is completed.

6. **Deposits**

If check(s) are deposited to the Recipient Account and are returned unpaid and charged back against the Recipient Account, which results in an overdraft, the Bank is authorized to transfer funds from the Source Account to the Recipient Account to satisfy this overdraft.

7. **Amendments and Termination**

The Bank may terminate or amend Coverage Now at any time, without prior notice.

## PART V: EMPLOYEE BENEFIT PLANS FDIC COVERAGE

Under federal law, whether an employee benefit plan deposit is entitled to per-participant (or "pass-through") deposit insurance coverage is based, in part, upon the capital status of the insured institution at the time each deposit is made. Specifically, "pass-through" coverage is not provided, if, at the time an employee benefit plan deposit is accepted by an FDIC-insured bank or savings association, the institution may not accept brokered

deposits under the applicable provisions of the Federal Deposit Insurance Act ("FDIA"). Whether an institution may accept brokered deposits depends, in turn, upon the institution's capital level. If an institution's capital category is either "well capitalized", or is "adequately capitalized" and the institution has received the necessary broker deposit waiver from the FDIC, then the institution may accept brokered deposits. If an institution is either "adequately capitalized" without a waiver from the FDIC or is in a capital category below "adequately capitalized," then the institution may not accept brokered deposits. The FDI Act and FDIC regulations provide an exception from this general rule on the availability of "pass-through" insurance coverage for employee benefit plan deposits when, although an institution is not permitted to accept brokered deposits, the institution is "adequately capitalized" and the depositor receives a written statement from the institution indicating that such deposits are eligible for insurance coverage on a "pass-through" basis. The availability of "pass-through" insurance coverage for employee benefit deposits also is dependent upon the depositor's compliance with FDIC recordkeeping regulations which require that the depositor maintain, in good faith and in the regular course of business, details of the relationship so that the interests of other parties in the account are ascertainable.

Our capital category currently is well-capitalized. Thus, in our best judgment, employee benefit plan deposits are currently eligible for "pass-through" insurance coverage under the applicable federal law and FDIC insurance regulations.

Under the FDIC's insurance regulations on employee benefit plan deposits, an insured bank must notify employee benefit plan depositors if new, rolled-over or renewed employee benefit plan deposits would be ineligible for "pass-through" insurance and must provide certain ratios on the institution's capital condition to employee benefit plan depositors who request such information. If you would like additional information on our capital condition, please make a request to your customer service representative.