# TRUMP

## MAKE AMERICA GREAT AGAIN!

July 7, 2015
Stephen Wallace
1116 Sheffer rd
Aurora, IL 60505

Dear Stephen,

Thank you for your recent letter. I truly appreciate your support and encouragement. It is because of Americans like you that I want to become President of the United States.

America needs reform, and a President with the ability to bring about real, positive, economic change. My experience as a business executive, employing thousands, maintaining balanced budgets, and winning at negotiations all over the world makes me the most qualified candidate to restore American greatness. America can be saved; with your support I am confident we will reenergize the spirit of the American people. I am relying on your dedication to spread the values, ideals, and principles of my Presidential campaign.

Stephen, I am honored to call you a valuable member of Team Trump. With your support we can Make America Great Again!

Sincerely,

Donald J. Trump

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK
       -against-               CASE: IND-71543-23
DONALD J. TRUMP, and [DJT] Next Friend aka
*Intervenor Co-Victim, STEPHEN P. WALLACE

### EMERGENCY NOTICE OF CASE REMOVAL TO US SUPREME COURT VIA JOINT WRIT'S OF HABEUS CORPUS VIA JUDICIAL WATCH CHIEF OF LITIGATION, CHRISTOPHER FARRELL, ET AL.

1 That the CHRONOLOGY of ENCLOSURES herein "IRREFUTABLY PROVE BEYOND A REASONABLE DOUBT", that the NYSC; it's OFFICERS of the COURT; and JAMIE DIMON, individually, and JP MORGAN PRIVATE BANK ("ACTORS") have indeed "perfected & perpetrated the alleged Criminal Enterprise" herein aka "RICO LAWFARE"; (enclosed)

2 That ACTORS herein above 1st perpetrated the Criminal Conversion of the "$350 million JOHN JACOB ASTOR ESTATE Heir, Anthony Marshall and his counsel, Francis Morrissey; (enclosures)

3 That said ACTORS in Criminal Conspiracy then "attacked & assaulted Down syndrome Victim, LISA F. WALLACE, the Preferred Beneficiary of the $100+ million Wallace Family Estate", and her Next Friend, Brother and *Named Successor Trustee of the Wallace Family Estate, Stephen Wallace; (enclosed)

4 That "Undeterred to Date & Proceeding with perceived IMPUNITY", ACTORS attacked the US PRESIDENT EMERITUS, DONALD J. TRUMP, Co-Victim/US Supreme Court Appellant, to "Wrongfully Incarcerate and TERMINATE TRUMP", while covertly perpetrating criminal "SEDITION/SUBVERSION upon President Emeritus TRUMP, and WE THE PEOPLE, UNDER COLOR of LAW"; (enclosed)

Wherefore, ALL Allegations unable to be refuted by ACTORS, and their Covert HANDLERS, Co-Victims herein DEMAND the NYSC STAY ALL PROCEEDINGS, sua sponte & instanter !

May 28, 2024, via USPS EXPRESS Overnight
With SIGNATURE Confirmation

(cc: Manhattan DA, ALVIN BRAGG
& All Interested Parties via pdf

                    Stephen P. Wallace, Co-Victim
           PO Box 11884 1905 W. Blue Heron Blvd.
                Riviera Beach, Florida 33404
          *Preferred Contacts* (331) 575-2341
                  spaulwallace@yahoo.com

## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NEW YORK

Lisa F. Wallace, a developmentally disabled person,   )
by and through her next friend, Stephen P. Wallace;   )
Stephen P. Wallace, individually and all those   )  Index Case No.
similarly situated.   )
        Plaintiffs,   )
Vs.   )
James Dimon, individually and in his official capacity;   )
William Harrison, individually and in his previous official   )  **08601194**
capacity; James Condren, individually and in his official   )
capacity; J.P. Morgan CHASE & Co., corporately;   )
Robert Morgenthau, individually and John Does 1-10   )
not yet known,   )
        Defendants.   )

### COMPLAINT

#### I. Parties

1. Lisa F. Wallace is developmentally disabled by reason of Downs Syndrome and is a resident of Tulsa County, Oklahoma

2. Stephen P. Wallace is the brother and co-trustee of Lisa and is a resident of Tulsa County, Oklahoma.

3. James Dimon is a resident of New York County.

4. William Harrison is a resident of New York County.

5. James Condren is a resident of New York County.

6. J.P. Morgan CHASE & Co., is headquartered in New York County.

7. Robert Morgenthau is a resident of New York County.

#### II. Venue & Jurisdiction

8. Venue and Jurisdiction is proper in New York County as the actions and directives occurred in New York County.

FILED   APR 21 2008   COUNTY CLERKS OFFICE NEW YORK

## III. FACTS & HISTORY OF CASE
(in chronological order)

9. James Dimon, previously Chairman of Bank One Corporation in Chicago before the Bank One/CHASE merger in 2004, was personally involved through correspondence with Plaintiffs commencing in 2000 via FedEx and in-house executives.

10. On May 24, 2004, Edson L. Bridges II, Chairman of Provident Trust Company & Bridges Investment Counsel contacted Defendant William Harrison to intervene on the blatant usurpation which Mr. Bridges confirms. (Exhibit 1)

11. Plaintiffs alerted CHASE'S Sr. V.P. & Assoc. General Counsel, James Condren, on June 3, 2004 that Bank One nor CHASE were named successor trustees of their father's Trust. (Exhibit 2)

12. Plaintiffs further alerted the Federal Reserve of New York on June 10, 2004 that Bank One nor CHASE were named successor Trustees of Plaintiff's father's Trust, the Frank A. Wallace Trust of 1974. (Exhibit 3)

13. On June 27, 2006, Plaintiff's alerted now deceased General Counsel, Joan Guggenheimer, of the alleged criminal "usurpation of the interloper successor trustees" allowing settlement and release for the CHASE Defendants. (Exhibit 4)

14. On July 10, 2006, Plaintiff's continued unsuccessfully to regain control of their beneficial interests in the Trust. (Exhibit 5)

15. On September 17, 2007, Plaintiffs served yet another Notice & Demand for Settlement upon Defendants who were guilty of criminal usurpation of Plaintiff's $35 million Estate. (Exhibit 6)

16. On October 19, 2007, Plaintiffs' sought intervention by the Board of Governor's of Federal Reserve System (Exhibit 7) and the General Counsel's response of October 2█ 2007. (Exhibit 8)

17. On November 8, 2007, Plaintiff's made their final NOTICE OF INTENT TO SUE. (Exhibit 9)

18. On January 10, 2008, Plaintiffs filed their FORMAL CRIMINAL COMPLAINT & AFFIDAVIT IN SUPPORT with Defendant Robert Morganthau citing the $200 million ASTOR Case aka Anthony Marshall/Francis Morrissey indictment. (Exhibit 10)

19. On January 1█, 2008, Criminal Case No. 21461 was assigned to Plaintiffs. (Exhibit 11)

20. On January 20, 2008, Plaintiff's filed their Supplement to Criminal Complaint. (Exhibit 12)

21. On March 13, 2008, Plaintiffs' noted the recent RESIGNATION of Governor Spitzer and request for direction. (Exhibit 13)

22. Immediately thereafter the "weekend" CHASE/BEAR STERNS bailout was announced by the FED which former FED Chairman Paul Volker called "close to illegal".

23. On April 9, 2008, Plaintiff's realized the CHASE/Morgenthau scheme to convert the $200 million ASTOR Estate (1st predicate act) and now the CHASE/Morgenthau scheme to allow CHASE, et al., to convert the $35 million Wallace Estate, under color of law and under color of authority. (Exhibit 14)

## COUNT I - COMMON LAW FRAUD & CONSPIRACY TO CONVERT ESTATES

24. Plaintiff's re-allege and readopt items 1-23 herein.

25. Plaintiff's allege that James Dimon/Bank One were charged with illegal hedge fund trading by then N.Y. Attorney General Elliot Spitzer in the fall of 2003 resulting in Dimon, et al., paying over $70 million in restitution in lieu of indictment/prosecution. (Exhibit 15)

26. Plaintiffs and those similarly situated, alleged that James Dimon, CHASE, et al., in retribution/retaliation, orchestrated the humiliating down fall of the most vigilant law enforcement officer of the 21st Century, Elliot Spitzer, to perpetrate the largest financial fraud upon we U.S. taxpayers, i.e., CHASE/BEAR STERNS bailout, days after Spitzer's forced Resignation.

27. Plaintiffs further allege that Dimon/CHASE covertly conspired with Robert Morgenthau to be named "guardian" of the $200 million ASTOR Estate after Anthony Marshall had been appointed "power of attorney" by his mother which had to be rescinded by her, not a court, is exactly the "plan of action pattern" inflicted by James Dimon/CHASE, et al., upon we Plaintiffs in a verified "pattern of racketeering" alleged herein.

## COUNT II – Intentional Tort

28. Plaintiffs re-allege and readopt items 1-27 herein.

29. Plaintiffs Lisa F. Wallace, like the **Terry Schrivo execution**, is suffering from "failure to thrive" by Defendant's intentional lawsuits against Plaintiffs/Beneficiaries of the Frank A. Wallace 1974 Trust, to abdicate New York Supreme Court Appellant Case Decision in SANKEL V. SPECTOR "...the intent of the settlor is of controlling importance and neither the court, nor a beneficiary, nor the Legislature, is competent to violate that intent and substitute its own discretion for that of the settlor." (Exhibit 16, pg. 5, lines 19-21)

### COUNT III – Intentional Infliction of Emotion Distress

30. Plaintiffs re-allege and readopt items 1-29 herein.

31. Plaintiff's have illegally become a Ward of the State of Oklahoma and forced into Bankruptcy over the last (8) years by Defendant's acting in concert, suffering irreparable harm.

32. Defendants have further conspired in concert to incarcerate Plaintiffs, as in the ASTOR/Marshall case, to illicitly seize their $35 million & $200 million respectively, under color of law and under color of authority, resulting in Legal **Abuse Syndrome.**

### COUNT IV – Fraudulent Disclosure of Claims on CHASE's S.E.C. 10-K

33. Plaintiffs re-allege and readopt items 1-32 herein.

34. In the 2007 SEC 10-K Report James Dimon and CHASE fraudulently conceal multiple claims pending against CHASE/DIMON by Plaintiffs in Federal Courts thus deliberately filing false reports with the SEC and thus the Federal Reserve "bailout" was made on fraudulent financial liabilities to the U.S. citizens similarly situated. (Exhibit 17)

### REMEDY SOUGHT

35. **Pro Se/Pauperis Plaintiffs** pray the Court Appoint Elliot Spitzer, Esq., as Plaintiff's court appointed counsel, sua sponte and instanter.

36. Plaintiffs further pray that the N.Y. Attorney General Cuomo be ordered to commence a Criminal Investigation of the State allegations (Exhibit 18) and the U.S. Attorney General Mukasey (formerly of New York) be ordered to investigate the CHASE/BEAR STERNS alleged racketeering on behalf of the United States of America ex rel., and to enjoin any merger/acquisition pending Discovery & Investigation.

37. Plaintiffs finally request the court appoint UNION BANK & TRUST of Lincoln, NE (Exhibit 19) as **RECEIVER Pendente Lite** and Provident Trust Company as **Interim Trustee** and ORDER a forensic audit by **Dana Cole & Co.**, of Lincoln, NE to confirm the criminal losses to the U.S. Treasury and New York State by Defendant's tax evasion and losses to Plaintiff's by Defendants ENRON-style off-balance sheet/off-shore fraud <u>embezzlement</u> to date.

Respectfully submitted,

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, OK 74133
(918) 694-1870
spaulwallace@yahoo.com

Verification

I swear/affirm the foregoing is true and correct to the best of my knowledge.

Stephen P. Wallace

State of New York
County of New York

Stephen P. Wallace appeared before me this 21 day of April, 2008 and signed this document.

GLORIA WALTON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01WA6148264
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JUNE 28, 2010

Gloria Walton
Notary Public



LISA

FILED IN EVIDENCE
IN SUIT NO. 429763

JUN 2 9 1998

DEPUTY CLERK NUMBER 429,763-A

INTERDICTION

OF                                                FIRST JUDICIAL DISTRICT COURT

LISA FRANCES WALLACE                              CADDO PARISH, LOUISIANA

## SWORN DETAILED DESCRIPTIVE LIST

BE IT KNOWN, that this day before me, the undersigned authority, Notary Public, duly commissioned and qualified in and for the above stated jurisdiction, personally came and appeared PATRICIA WALLACE HASTING, well known to be of legal age and competency who being first duly sworn did depose and say:

That she is the sister of Lisa Frances Wallace and as such she is fully familiar with the assets of Lisa Frances Wallace, and in lieu of a formal inventory furnishes this Sworn Detailed Descriptive List thereof, in accordance with the Code of Civil Procedure Articles 4101, 4462 and 4554 as follows to wit:

IMMOVABLE (REAL) PROPERTY:

| | |
|---|---|
| None | $        0.00 |

MOVABLE (PERSONAL) PROPERTY:

| | |
|---|---|
| Personal effects and clothing | $     500.00 |

| | | |
|---|---|---|
| TOTAL INVENTORY | $ | 500.00 |

*Patricia Wallace Hastings*

Lisa Frances Wallace
Patricia Wallace Hastings

SWORN TO AND SUBSCRIBED before me, Notary Public, this 29th day of June, 1995.

Notary Public

P-2



SCOPIES
LETTERS

# FILED

AUG 16 1999

W. L. McGEHEE
DEPUTY CLERK OF COURT

INTERDICTION

OF

LISA FRANCES WALLACE

NUMBER 429,763-A

FIRST JUDICIAL DISTRICT COURT

CADDO PARISH, LOUISIANA

## OATH OF CURATRIX

STATE OF LOUISIANA:

PARISH OF CADDO:

BEFORE ME, the undersigned authority, personally appeared PATRICIA WALLACE HASTINGS, who solemnly swears that she will discharge faithfully the duties of her office as Curatrix of LISA FRANCES WALLACE.

Patricia Wallace Hastings

SWORN TO AND SUBSCRIBED before me, Notary Public, this 15th day of August, 1998.

Notary Public

# EMERGENCY REQUEST FOR PRECAUTIONARY MEASURES

## INTER-AMERICAN COMMISSION [CASE # 1026-10]

ATTENTION: **DEBORA BENCHOAN**- Lawyer-in-Charge of [Precautionary Measures] a/k/a Protection Group

Dear Counsel Benchoan:                    Sent via Fax #: (202) 458-6215
                                          JULY 22, 2010

I was referred to you and your PROTECTION GROUP this morning as my "Emergency Request For Intervention" filed July 20, 2010 [enclosed] was inadvertently placed with our [(3) PETITIONS in (1)] that was initially filed on July 15, 2010. [enclosed] and is currently being scanned & processed. Co-PETITIONER, Lisa F. Wallace, my 'developmentally disabled sister due to her affliction since birth with Downs syndrome, has been diagnosed with a "Life & Death Medical Condition" known as ["FAILURE TO THRIVE"], due to the ABUSE and criminal violations of her Human Rights, under "color of Law" [enclosed] by the Tulsa County judges and their former law partners in 'Conspiracy' to expedite Lisa's Death so as to embezzle her share of the of the $35 million ESTATE. As clearly stated in my July 20, 2010 "EMERGENCY REQUEST FOR INTERVENTION", with Exhibits enclosed, Lisa's ["physical integrity"] will become Victim to ["irreparable harm"] by the already collusive "pre- determined Verdict" by the [Lawyers and Judges in Collusion] who are perpetrating this "judicial tyranny" [enclosed] upon LISA which will cause her imminent Death should Dr. Mike Ritze not be 'appointed her independent Dr. & General Guardian of Lisa's Person & Estate. Lisa should be removed as a WARD of the STATE and allow the Federal/State Funding to be reassigned to someone in Real Need. Please [INTERVENE] for Lisa before the July 28, 2010 Hearing @ 10:30 CST in Case # PG-2002-225 AND REMOVE her Case to DC under the [Inter-American Convention on the Elimination of All Forms of Discrimination Against Persons With Disabilities] for a Neutral Forum.
ENCLOSURES                                Thank you & God Bless,



Stephen P. Wallace

```
                  ┌─────────────────────────────────────┐
                  │   TRANSMISSION VERIFICATION REPORT   │
                  └─────────────────────────────────────┘

                                          TIME  : 07/22/2010 12:44
                                          NAME  :
                                          FAX   :
                                          TEL   :
                                          SER.# : 000G8N624512
```

```
    DATE,TIME                   07/22  12:38
    FAX NO./NAME                12024586215
    DURATION                    00:05:30
    PAGE(S)                     15
    RESULT                      OK
    MODE                        STANDARD
                                ECM
```

# EMERGENCY REQUEST FOR PRECAUTIONARY MEASURES

## INTER-AMERICAN COMMISSION [CASE # 1026-10]

ATTENTION: **DEBORA BENCHOAN**- Lawyer-in-Charge of [Precautionary Measures] a/k/a Protection Group

Dear Counsel Benchoan:                     Sent via Fax #: (202) 458-6215
                                                        JULY 22, 2010

I was referred to you and your PROTECTION GROUP this morning as my "Emergency Request For Intervention" filed July 20, 2010 [enclosed] was inadvertently placed with our [(3) PETITIONS in (1)] that was initially filed on July 15, 2010. [enclosed] and is currently being scanned & processed. Co-PETITIONER, Lisa F. Wallace, my 'developmentally disabled sister due to her affliction since birth with Downs syndrome, has been diagnosed with a "Life & Death Medical Condition" known as ["FAILURE TO THRIVE"], due to the ABUSE and criminal violations of her Human Rights, under "color of Law" [enclosed] by the Tulsa County judges and their former law partners in 'Conspiracy' to expedite Lisa's Death so as to embezzle her share of the of the $35 million ESTATE. As clearly stated in my July 20, 2010 "EMERGENCY REQUEST FOR INTERVENTION", with Exhibits enclosed, Lisa's ["physical



INTER - AMERICAN COMMISSION ON HUMAN RIGHTS
COMISION INTERAMERICANA DE DERECHOS HUMANOS
COMISSÃO INTERAMERICANA DE DIREITOS HUMANOS
COMMISSION INTERAMÉRICAINE DES DROITS DE L'HOMME



## ORGANIZATION OF AMERICAN STATES
## WASHINGTON, D.C. 2 0 0 0 6 U.S.A.

September 30, 2010

RE:   Lisa F. Wallace
      Request for Precautionary Measures N° MC-241-10
      United States

Dear Sir:

On behalf of the Inter-American Commission on Human Rights, I wish to acknowledge receipt of your request for precautionary measures in favor of Lisa F. Wallace in United States.

I also wish to inform you that after examining the information presented and the current status of the situation, the IACHR has determined that your request for precautionary measures does not meet the requirements set forth in Article 25 of the Commission's Rules of Procedure, which establishes:

### Article 25. Precautionary Measures

1.   In serious and urgent situations, the Commission may, on its own initiative or at the request of a party, request that a State adopt precautionary measures to prevent irreparable harm to persons or to the subject matter of the proceedings in connection with a pending petition or case.

2.   In serious and urgent situations, the Commission may, on its own initiative or at the request of a party, request that a State adopt precautionary measures to prevent irreparable harm to persons under the jurisdiction of the State concerned, independently of any pending petition or case.

3.   The measures referred to in paragraphs 1 and 2 above may be of a collective nature to prevent irreparable harm to persons due to their association with an organization, a group, or a community with identified or identifiable members.

4.   The Commission shall consider the gravity and urgency of the situation, its context and the imminence of the harm in question when deciding whether to request that a State adopt precautionary measures. The Commission shall also take into account:

Mr.
Stephen P. Wallace
6412 E. 96th Street
Tulsa, OK 74137

spaul.wallace@gmail.com

9/29/2010-CI-5003285



INTER - AMERICAN COMMISSION ON HUMAN RIGHTS
COMISION INTERAMERICANA DE DERECHOS HUMANOS
COMISSÃO INTERAMERICANA DE DIREITOS HUMANOS
COMMISSION INTERAMÉRICAINE DES DROITS DE L'HOMME



# ORGANIZATION OF AMERICAN STATES
WASHINGTON, D.C. 20006 U.S.A.

February 27, 2013

REF: Acknowledgement of additional information received on December 13, 2012
Lisa F. Wallace
P-1026-10
United States

I write on behalf of the Inter-American Commission on Human Rights to acknowledge receipt of the communication in which you provide additional information related to your petition.

The information provided has been added to the corresponding file, and the petition remains under preliminary evaluation in accordance with the rules governing the procedure before the Commission.

Once the preliminary evaluation is complete, the Commission will contact you to inform you of the results.

Emilio Álvarez Icaza L.
Executive Secretary

Stephen P. Wallace
6412 E. 96st Street
Tulsa, Ok. 74137
USA

02/27/2013-CC-3284736

ARE YOU A LEGAL PROFESSIONAL?
Visit Our Professional Site
(http://lp.findlaw.com/)

Learn About the Law (http://public.findlaw.com)    Find a Lawyer (http://lawyers.findlaw.com)

| Search FindLaw | Search |

FindLaw (http://www.findlaw.com) » Learn About The Law (http://public.findlaw.com/) » Criminal Law (http://criminal.findlaw.com/) » Criminal Charges (http://criminal.findlaw.com/criminal-charges.html) » Kidnapping

**Instant Online Background Check**
Just Enter Name & State

# Kidnapping

| 29 |    | 30.4K |

Download article as a PDF (http://files.findlaw.com/pdf/criminal/criminal.findlaw.com_criminal-charges_kidnapping.pdf)

Under federal and state law, kidnapping is commonly defined as the taking of a person from one place to another against his or her will, or the confining of a person to a controlled space. Some kidnapping laws require that the taking or confining be for an unlawful purpose, such as extortion (http://criminal.findlaw.com/criminal-charges/extortion.html) or the facilitation of a crime. A parent without legal custody rights may be charged with kidnapping for taking his or her own child, in certain circumstances.

Federal criminal code (18 U.S.C. § 1201 (http://codes.lp.findlaw.com/uscode/18/I/55/1201)) makes kidnapping a serious felony offense, with prison sentences of 20 or more years, depending on prior convictions and the circumstances of the case. Federal law prosecutes international parental kidnapping under a different code (18 U.S.C. § 1204 (http://codes.lp.findlaw.com/uscode/18/I/55/1204)), allowing for three-year prison sentences upon conviction.

See State Kidnapping Laws (http://statelaws.findlaw.com/criminal-laws/kidnapping/) for a state-by-state directory and What Legal Remedies are Available if a Parent Abducts a Child? (http://family.findlaw.com/child-custody/what-remedies-are-available-if-a-parent-abducts-a-child.html) for additional information.

| 29 |    | 30.4K |    | 40 |    | 210 |

## Next Steps

Contact a qualified criminal lawyer to make sure your rights are protected.

(http://lawyers.findlaw.com/lawyer/state.jsp) (e.g., Chicago, IL or 60611)

| | Find Lawyers |

## Help Me Find a Do-It-Yourself Solution

- Criminal Discovery Forms (http://secure.uslegalforms.com/cgi-bin/forms/continue-category.pl?nGb4mwmrKc6tye6lohmBNpAqeh4A66tye8tQpAhCmpArB6tye6tnKwtGcehBoo0nooWeVcKioo6txWqReS)
- Motion for Continuance Forms (http://secure.uslegalforms.com/cgi-bin/forms/continue-category.pl?nGb4mwmrKc6tye6tGbpArhCmr7KrNehB6tye6tQpAhCmpArB6tye6tnKwtGcehBoo0nooWeVcKioo6tx)
- Habeas Corpus Forms (http://secure.uslegalforms.com/cgi-bin/forms/continue-category.pl?nGb4mwmrKc6tye6jFKAdehKB6tGbpA4tG7B6tye6txehhCmhCmpArBoo0nooWeVcKioo6txWqReS)

### Find a Criminal Lawyer Near You

Legal Issue:
(http://lawyers.findlaw.com/lawyer/practice.jsp)

| Crimes Against the Person | ▽ |

Location:
(http://lawyers.findlaw.com/lawyer/state.jsp)

| |

| **Find Lawyers** |

**Popular Directory Searches**

- Drug Charge Attorney (http://lawyers.findlaw.com/lawyer/practice/Criminal-Law)
- Assault Defense (http://lawyers.findlaw.com/lawyer/practice/Criminal-Law)
- White Collar Defense (http://lawyers.findlaw.com/lawyer/practice/White-Collar-Crimes)

## Criminal Charges

Alcohol Crimes (http://criminal.findlaw.com/criminal-charges/alcohol-crimes.html)

Attempt, Conspiracy and Aiding (http://criminal.findlaw.com/criminal-charges/attempt-conspiracy-aiding.html)
Crimes Against Children (http://criminal.findlaw.com/criminal-charges/crimes-against-children.html)
Crimes Against Justice (http://criminal.findlaw.com/criminal-charges/crimes-against-justice.html)
Crimes Against the Person (http://criminal.findlaw.com/criminal-charges/crimes-against-the-person.html)
Curfew Laws (http://criminal.findlaw.com/criminal-charges/curfew-laws.html)

Cyber Crimes (http://criminal.findlaw.com/criminal-charges/cyber-crimes.html)

Drug Charges (http://criminal.findlaw.com/criminal-charges/drug-charges.html)

Fraud and Financial Crimes (http://criminal.findlaw.com/criminal-charges/fraud-financial-crimes.html)
Homicide (http://criminal.findlaw.com/criminal-charges/homicide.html)

Property Crimes (http://criminal.findlaw.com/criminal-charges/property-crimes.html)

Public Safety Violations (http://criminal.findlaw.com/criminal-charges/public-safety-violations.html)
Sex Crimes (http://criminal.findlaw.com/criminal-charges/sex-crimes.html)

## FindLaw Answers

**Recent Criminal Law Discussions**

Theft family property sold at auction in another state (http://boards.answers.findlaw.com/index.php?topic/235-theft-family-property-sold-at-auction-in-another-state/)
11/14/2015

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

IN THE MATTER OF THE GUARDIANSHIP

OF LISA FRANCES WALLACE,

An Incapacitated Person.

No. PG-2002-225

Hon. Terry H. Bitting

**EMERGENCY PETITION OF GUARDIAN FOR ORDER
APPROVING WITHDRAWAL OF LIFE-SUSTAINING PROCEDURES AND
ALLOWING FOR A NATURAL DEATH FOR LISA FRANCES WALLACE, AN
INCAPACITATED PERSON, AND BRIEF IN SUPPORT**

COMES NOW Patricia Hastings, Guardian of Lisa Frances Wallace, an incapacitated person, by and through her undersigned counsel, Levinson, Smith & Huffman, P.C., and files this EMERGENCY PETITION OF GUARDIAN FOR ORDER APPROVING WITHDRAWAL OF LIFE-SUSTAINING PROCEDURES AND ALLOWING FOR A DO-NOT RESUSCITATE FOR LISA FRANCES WALLACE, AN INCAPACITATED PERSON, AND BRIEF IN SUPPORT, for the following reasons:

**INTRODUCTION**

1.      Lisa Frances Wallace ("Lisa"), a 58 year old down-syndrome patient, is currently undergoing life sustaining medical treatment by mechanical ventilation through a tracheostomy at Hillcrest Medical Center in Tulsa, Oklahoma in the ICU unit. Lisa has been diagnosed with the mental capacity of a 4-year-old. Lisa has also been diagnosed as suffering from cerebral palsy and dementia. Affidavit of Hassan Abouhouli, M.D., Exh. A, ¶¶ 6-8.

2.      Lisa has been declared legally incompetent to make decisions affecting medical treatment or care. Affidavit of Hassan Abouhouli, M.D., Exh. A, ¶ 7.

## <u>AFFIDAVIT OF Patricia Hastings</u>

I, Patricia Hastings, being duly sworn, and of legal age and sound mind, states as follows:

1.      I am the sister and Court-appointed Guardian for Lisa Francis Wallace and have been the Court-appointed Guardian for more than fourteen (14) years.

2.      Since March, 2015 Lisa has been hospitalized for persistent aspiration pneumonia. Following her hospitalization in March, 2015, Lisa had a decline in swallowing function, resulting in a PEG tube. Despite these additional challenges, until recently hospitalized, Lisa continued to go on outings which lifted her spirits and provided emotional enrichment.

3.      On October 14, 2016, Lisa required acute medical treatment at Saint Francis Hospital and subsequent placement on a ventilator after sustaining a seizure while attending an Oklahoma City Thunder game in Tulsa. Lisa was intubated.

4.      Since that date, Lisa has been admitted to Hillcrest Medical Center numerous times for acute medical treatment. A tracheostomy was performed.

5.      Before Lisa's recent health decline, she enjoyed sharing in family dinners and holidays with my immediate family. She also attended community dances, church, movies, participated in activities at the Center for Individuals with Physical Challenges and played bingo. In addition, among her most precious joys she was constantly telling her family, "I love you," enjoying an ice-cold Coca-Cola at a party and having her hair and nails done at the salon and admiring them daily.

6.      Stephen Wallace, Lisa's and my sibling, has not been a consistent influence in Lisa's life for quite some time and, per a discussion with a St. Francis Physician, Stephen stated he has not seen Lisa in seventeen (17) years.

AFFIANT FURTHER SAYETH NOT.

Patricia Hastings, individually and as
Guardian of Lisa Francis Wallace

Subscribed and sworn to before me this _6th_ day of April, 2017.

Notary Public



CERTIFICATE OF VITAL RECORD

# STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

STATE FILE NUMBER **2017-010554**

| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) LISA FRANCES WALLACE | 1a. LAST NAME PRIOR TO FIRST MARRIAGE WALLACE | 2. SEX FEMALE |
|---|---|---|

| 3. SOCIAL SECURITY NUMBER 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 | 4. EVER IN US ARMED FORCES? NO | 5a. AGE-Last birthday (years) 58 | 5b. UNDER 1 YEAR Months / Days | 5c. UNDER 1 DAY Hours / Minutes | 6. DATE OF BIRTH (Mo/Day/Yr) FEBRUARY 1, 1959 |
|---|---|---|---|---|---|

| 7. BIRTHPLACE (City and State or Foreign Country) TULSA, OKLAHOMA | 8a. RESIDENCE-State OKLAHOMA | 8b. RESIDENCE-County WAGONER | 8c. RESIDENCE-City or Town BROKEN ARROW |
|---|---|---|---|

| 8d. RESIDENCE-Zip Code 74014 | 8e. RESIDENCE-Inside City Limits? YES | 8f. RESIDENCE-Street and Number 21691 EAST 39TH STREET | 8g. RESIDENCE-Apt. Number |
|---|---|---|---|

| 9. MARITAL STATUS AT TIME OF DEATH ☐ Married ☒ Never Married ☐ Widowed ☐ Divorced ☐ Married, but separated ☐ Unknown | 10. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage) |
|---|---|

| 11. FATHER'S NAME (First, Middle, Last) FRANK A. WALLACE | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) LORICE T. SAFFA |
|---|---|

| 13. DECEDENT OF HISPANIC ORIGIN? NO, NOT SPANISH/HISPANIC/LATINO | 14. DECEDENT'S RACE WHITE | 15. DECEDENT'S EDUCATION 8TH GRADE OR LESS |
|---|---|---|

| 16. DECEDENT'S USUAL OCCUPATION (Indicate type of work done during most of working life. DO NOT USE RETIRED.) NEVER WORKED | 17. KIND OF BUSINESS / INDUSTRY NEVER WORKED |
|---|---|

| 18a. INFORMANT'S NAME PATRICIA W. HASTINGS | 18b. RELATIONSHIP TO DECEDENT SISTER | 18c. MAILING ADDRESS (Street and Number, City, State, Zip Code) 4822 EAST 99TH STREET, TULSA, OKLAHOMA 74137 |
|---|---|---|

| 19. METHOD OF DISPOSITION: ☐ Burial ☐ Cremation ☐ Donation ☒ Entombment ☐ Removal from state ☐ Other (specify) | 20. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) CALVARY CEMETERY MAUSOLEUM | 21. LOCATION – City, Town and State TULSA, OKLAHOMA |
|---|---|---|

| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY FITZGERALD SOUTHWOOD COLONIAL CHAPEL - TULSA, 3612 E. 91ST STREET SOUTH, TULSA, OKLAHOMA 74137 | 23. FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH KOBY CREASON |
|---|---|
| | 24. FH ESTABLISHMENT LICENSE # 1517ES |

**25. PLACE OF DEATH (Check only one; see instructions)**

| IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ Emergency Room/Outpatient ☐ Dead on Arrival | IF DEATH OCCURRED OTHER THAN IN A HOSPITAL: ☐ Hospice Facility ☐ Nursing home/Long term care facility ☒ Decedent's home ☐ Other (specify) |
|---|---|

| 26. FACILITY NAME (If not institution, give street & number) 21691 EAST 39TH STREET | 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH BROKEN ARROW, OKLAHOMA, 74014 | 28. COUNTY OF DEATH WAGONER |
|---|---|---|

| 29. DATE OF DEATH (Mo/Day/Yr) APRIL 12, 2017 | 30. TIME OF DEATH 08:13 | 31. WAS MEDICAL EXAMINER CONTACTED? YES | 32. WAS AN AUTOPSY PERFORMED? NO | 33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|---|---|

**CAUSE OF DEATH (See instructions and examples)**

34. PART I. Enter the chain of events- diseases, injuries or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

| | | Approximate Interval: Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → | a. ACUTE RESPIRATORY FAILURE | UNKNOWN |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. STAPHYLOCOCCUS AUREUS PNEUMONIA | UNKNOWN |
| | Due to (or as a consequence of): | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | c. TRACHEAL STENOSIS | UNKNOWN |
| | Due to (or as a consequence of): | |
| | d. | |

35. PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I:
TRACHEAL STENOSIS, SEIZURES, HYDROCEPHALUS, DIASTOLIC HEART FAILURE GRADE 1, DIABETES, COR PULMONALE

| 36. MANNER OF DEATH ☒ Natural ☐ Homicide ☐ Accident ☐ Suicide ☐ Pending Investigation ☐ Could not be determined | 37. IF FEMALE: ☒ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year | 38. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ No ☐ Probably ☒ Unknown |
|---|---|---|

| 39. DATE OF INJURY (Mo/Day/Yr) | 40. TIME OF INJURY | 41. PLACE OF INJURY (e.g., Decedent's home; construction site; wooded area) | 42. DESCRIBE HOW INJURY OCCURRED: | 43. INJURY AT WORK? |
|---|---|---|---|---|

| 44. LOCATION OF INJURY: State: Street & Number: | City or Town: | Zip Code: Apartment Number: | 45. IF TRANSPORTATION INJURY, SPECIFY ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (specify) |
|---|---|---|---|

| 46. CERTIFIER (Check only one) ATTENDING PHYSICIAN: ☒ Physician in charge of the patient's care ☐ Physician in attendance at time of death only To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. ☐ MEDICAL EXAMINER: On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated. Certifier: CHANDINI SHARMA, MD | 47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (item 34) CHANDINI SHARMA, MD 2025 E 71ST STREET TULSA, OKLAHOMA 74136 |
|---|---|
| | 48. LICENSE NUMBER 24855OK | 49. DATE DEATH CERTIFIED (Mo/Day/Yr) APRIL 12, 2017 |

| 50. REGISTRAR'S SIGNATURE Kelly M Baker | 52. DATE RECEIVED BY STATE REGISTRAR (Mo/Day/Yr) APRIL 13, 2017 |
|---|---|

REVISION 2013    VS 154 (08/13)

Thursday, April 13, 2017 11:29:55 AM

VOID IF ALTERED OR ERASED

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED



HALL
ESTILL
ATTORNEYS AT LAW

James C. Milton
521 E. 2nd Street
Tulsa, OK 74120
Direct Dial: (918) 594-0523
jmilton@hallestill.com

February 10, 2025

Stephen P. Wallace
6528 E. 101st D-1 #304
Tulsa, OK 74133

    Re:    Lisa Frances Wallace Supplemental Needs Trust

Dear Mr. Wallace:

    Enclosed please find a copy of the monthly statement from The Trust Company of Oklahoma for the Lisa Frances Wallace Supplemental Needs Trust for the period of January 1, 2025 through January 31, 2025 as well as the year end statement Lisa Frances Wallace Supplemental Needs Trust for January 1, 2024 through December 31, 2024.

    Should you have any questions or further requests, please contact my office. Thank you.

                Very truly yours,

                James C. Milton

JCM:th
Enclosure

20792828.1:810700.02312

Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
Tulsa  •  Oklahoma City  •  Northwest Arkansas  •  Denver
www.hallestill.com


**Trust**
**Company Oklahoma**

P.O. Box 3627
Tulsa, OK 74101-3627

## Account Summary Section

### Statement of Value and Activity

January 1, 2025 - January 31, 2025

### Market Value Reconciliation

| | This Period | 1/1/25 to 1/31/25 |
|---|---|---|
| Beginning Market Value | $1,071,807.36 | $1,071,807.36 |
| Dividends | $0.00 | $0.00 |
| Interest - Taxable | $3,920.08 | $3,920.08 |
| Interest - US Tax Exempt | $0.00 | $0.00 |
| Other Income | $0.00 | $0.00 |
| Cash Receipts | $0.00 | $0.00 |
| Assets Received | $0.00 | $0.00 |
| Assets Distributed | $0.00 | $0.00 |
| Fees | -$1,086.31 | -$1,086.31 |
| Cash Disbursements | -$700.00 | -$700.00 |
| Change in Market Value | $0.00 | $0.00 |
| **Ending Market Value** | **$1,073,941.13** | **$1,073,941.13** |

### Asset Allocation Summary

| | | Asset Class |
|---|---|---|
|  | 100% | Cash & Equivalents |
| | 100% | Total Assets Value |

Lisa F. Wallace Supp Needs Trust - Account # ▇▇▇▇▇▇

# DANA F. COLE & COMPANY, LLP
### CERTIFIED PUBLIC ACCOUNTANTS
1248 O STREET, SUITE 500
LINCOLN, NEBRASKA 68508

December 8, 2003

Mr. Stephen P. Wallace
6528 East 101st, D-1, #304
Tulsa, OK 74133

Dear Stephen:

This letter will serve to confirm our understanding and agreement whereby you have retained our firm of certified public accountants to perform a forensic audit for certain trusts and a partnership established by Lorice T. Wallace or her deceased husband, Frank A. Wallace. This will outline the services you have asked our firm to perform and the terms under which we propose to do that work. We ask that you read this letter carefully because it is important to both you and our firm that we all understand what can reasonably be expected from our work. We want you to know the limitations of the services you have asked us to perform. If we have misunderstood your needs and requirements, just let us know.

This letter constitutes an agreement between Stephen P. Wallace and Dana F. Cole & Company, LLP, to perform a forensic audit for the entities listed below for the period December 31, 1989, or the inception of the entity, to December 31, 2003, and subsequent periods, if applicable. Our work may be very limited or unnecessary with regard to some of the entities listed. However, this determination will have to be made as the work progresses.

1. Frank A. Wallace Family Trust established at the death of Frank A. Wallace
2. Lorice T. Wallace Trust of 1974, as amended and Restated October 5, 1993, and amended on February 12, 1998
3. Lorice T. Wallace Irrevocable Trust of 1996 which serves as the general partner of the Lorice T. Wallace Family Limited Partnership
4. Lorice T. Wallace Irrevocable Trust of 1992, also known as the "Insurance Trust"
5. Lorice T. Wallace Family Limited Partnership
6. Stephen Paul Wallace Irrevocable Trust - 1974
7. Mary Roma Wallace Irrevocable Trust - 1974
8. Patricia Wallace Patton Irrevocable Trust - 1974
9. Lisa Frances Wallace Irrevocable Trust - 1974

Nebraska

Kansas

Missouri

Wyoming

www.danacole.com

Principal Office:
1248 O Street, Suite 500
Lincoln, NE 68508
402/479-9300
Fax 402/479-9315

Mr. Stephen P. Wallace
December 8, 2003
Page five

We appreciate the opportunity to be of service to you and believe this letter accurately summarizes the significant terms of our engagement. If you have any questions, please let us know. If you agree with the terms of our engagement as described in this letter, please sign the enclosed copy and return it to us along with your check for $25,000. This letter will continue in effect until canceled by either party. The enclosed copy is for your records.

Yours truly,

*[signature]*

DANA F. COLE & COMPANY, LLP

This letter correctly sets forth the understanding of Stephen P. Wallace.

By: *[signature]*

Stephen P. Wallace, vested beneficiary of the
Frank A. Wallace Trust established at the death
of Frank A. Wallace and the Lorice T. Wallace
Trust of 1974, as amended and Restated October 5,
1993, and amended on February 12, 1998. Limited
partner of the Lorice T. Wallace Family Limited
Partnership

*[signature]*

"OFFICIAL SEAL"
Judy Kaye Chamberlin
Notary Public, State of Illinois
My Commission Expires Oct. 22, 2007

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

001

------------------------------------------------------------x
                                                            :
LISA F. WALLACE, a developmentally disabled person,         :
by and through her next friend, Stephen P. Wallace;         :
STEPHEN P. WALLACE, individually and all those              :
similarly situated,                                         :   Index No. 08/601194
                                                            :
                              Plaintiffs,                   :
                                                            :   NOTICE OF MOTION TO
           v.                                               :   DISMISS COMPLAINT
                                                            :   PURSUANT TO CPLR 3211(a)(7)
JAMES DIMON, WILLIAM HARRISON,                              :   AND CPLR 3211(a)(8)
JAMES CONDREN, JPMORGAN CHASE & CO.,                        :
ROBERT MORGENTHAU and                                       :
JOHN DOES 1-10 NOT YET KNOWN                                :
                                                            :
                              Defendants,                   :
                                                            :
------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the affirmation of Jennifer Kaminsky, the exhibits attached thereto, and the accompanying memorandum of law, Defendants, JPMorgan Chase & Co. ("JPMorgan"), James Dimon, William Harrison and James Condren, will move this Court, at the Courthouse located at 60 Centre Street, New York, New York, on June 23, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order and judgment dismissing, with prejudice, plaintiffs' complaint filed herein on April 21, 2008 pursuant to CPLR 3013, 3016(b), 3211(a)(7) and/or 3211(a)(8).

The above-entitled action arises out of the claim that a trust has been harmed by conduct involving a purported conspiracy between JPMorgan and Manhattan DA Robert Morgenthau.

Dated: New York, New York
       June 4, 2008

Respectfully submitted,

X X X

Marc Wolinsky

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000

*Attorneys for Defendants JPMorgan Chase &
Co., Dimon, Harrison and Condren*

# WIKIPEDIA
The Free Encyclopedia

# Robert Morgenthau

**Robert Morris Morgenthau** (/ˈmɔːrɡənθɔː/ *MORG-ən-thaw*; July 31, 1919 – July 21, 2019) was an American lawyer.[1] From 1975 until his retirement in 2009, he was the District Attorney for New York County (the borough of Manhattan), having previously served as United States Attorney for the Southern District of New York throughout much of the 1960s on the appointment of John F. Kennedy. At retirement, Morgenthau was the longest-serving district attorney in the history of the State of New York.

## Early life

Morgenthau was born in 1919 in New York City into a prominent Ashkenazi Jewish family that had emigrated from Baden in 1866. He was the son of Elinor (née Fatman) and Henry Morgenthau Jr., who served as the Secretary of the Treasury under Presidents Franklin Delano Roosevelt and Harry Truman from 1934 until 1945. His maternal great-grandfather was Mayer Lehman, a co-founder of Lehman Brothers. His grandfather, Henry Morgenthau Sr., was United States Ambassador to the Ottoman Empire during World War I. Before going into diplomatic service, Henry Morgenthau Sr. had made a fortune in real estate, and became a strong financial backer of Democratic President Woodrow Wilson. Morgenthau's paternal grandmother was born in Montgomery, Alabama.[2]

From the earliest days, the Morgenthau family was well-connected politically. The family home was near Franklin Delano Roosevelt's Springwood Estate at Hyde Park, New York, and he grew up acquainted with the future President.[3]

After graduating from the New Lincoln School, Deerfield Academy, and Amherst College, Morgenthau commissioned in the United States Navy, serving for four and a half years during World War II. He attained the rank of lieutenant commander, and served as the executive officer of both the USS *Lansdale* and the USS *Harry F. Bauer*. Naval records indicate heroic action during the Battle of Iwo Jima — the *Bauer* was attacked by thirteen kamikazes, and survived a torpedo and dive bomber attack (both failed to detonate).[4]



Robert Morgenthau

Morgenthau in 1985

**35th District Attorney of New York County**

In office
January 1, 1975 – December 31, 2009

| | |
|---|---|
| Preceded by | Richard Kuh |
| Succeeded by | Cyrus Vance Jr. |

**United States Attorney for the Southern District of New York**

In office
December 4, 1962 – January 15, 1970

| | |
|---|---|
| President | John F. Kennedy |
| | Lyndon B. Johnson |
| | Richard Nixon |
| Preceded by | Vincent L. Broderick (acting) |
| Succeeded by | Whitney North Seymour Jr. |

In office
April 18, 1961 – September 4, 1962

| | |
|---|---|
| President | John F. Kennedy |

Morgenthau officially endorsed Vance on June 25.[20] Vance went on to win the primary election on September 15, 2009[21] and the subsequent general election on November 3.[22] On January 20, 2010, Morgenthau joined the law firm Wachtell, Lipton, Rosen & Katz.[23][24]



Morgenthau at the Tribeca Film Festival in 2009

## Selected cases

Cases which Morgenthau's office prosecuted include:[25]

- Mark David Chapman (1981): Chapman pleaded guilty to second-degree murder in the killing of John Lennon and was sentenced to 20-years-to-life in prison. He has been denied parole multiple times and will likely never get out of jail.[26]

- Robert Chambers, the "Preppie Killer" (1988): Chambers pleaded guilty to manslaughter in the killing of 18-year-old Jennifer Levin while the jury had the case and served 15 years in prison.[27]

- Central Park Jogger case (1989): Five teenaged suspects were wrongly convicted of assaulting and raping 28-year-old Trisha Meili in a "wilding" incident in the north section of Central Park. After Morgenthau's office investigated the confession in 2002 by another man, including finding that his DNA matched evidence at the scene, he recommended vacating the convictions of the five men and dismissal of charges, which the court accomplished.[28]

- Dennis Kozlowski and Mark Swartz (2005): The top two executives of Tyco were found guilty of stealing more than $150 million from the company they had been entrusted to manage.[29]

- Tupac Shakur (1994), he was convicted in New York City of three charges of sexual molestation, and served nine months in prison.

## Selected assistant district attorneys under Morgenthau

- Sonia Sotomayor (1979–1984): Current Associate Justice of the Supreme Court of the United States

- Eliot Spitzer (1986–1992): Former Governor and Attorney General of New York State[30]

- Andrew Cuomo (1984–1985): Former Governor of New York, previously served as New York State Attorney General, and as Secretary of Housing and Urban Development under President Bill Clinton[31]

- Lanny A. Breuer (1985–1989): Former head of the Criminal Division of the Department of Justice[32]

- John F. Kennedy Jr. (1989–1993): Son of President John F. Kennedy and Jacqueline Kennedy, journalist, lawyer, and socialite[33]

- Robert F. Kennedy Jr. (1982–1983): Third child of Senator Robert F. Kennedy and Ethel Kennedy

- Linda Fairstein (1976–2002): Former head of the Sex Crimes Unit, and current author of crime novels[34]

- Cyrus Vance Jr. (1982–1988): Former New York County District Attorney, son of Cyrus Vance, who was the Deputy Secretary of Defense under President Lyndon B. Johnson and Secretary of State under President Jimmy Carter

Reproduced at the National Archives

 

Supreme Court, U.S.
FILED

NOV 23 2009

OFFICE OF THE CLERK

No. 09A510

## SUPREME COURT OF THE UNITED STATES

STEPHEN P. WALLACE, a beneficiary and successor co-trustee of the Lorice T. Revocable Trust dated December 26, 1974, as restated effective October 5, 1993 and as amended February 12, 1998 and March 13, 2000, and a beneficiary and successor co-trustee of the Frank A. Wallace Revocable Trust dated December 24, 1974, and as amended,

Petitioner-Applicant,

v.

THE HONORABLE DAMAN H. CANTRELL,
Judge of the District Court of Tulsa County,

Respondent Trial Judge,

RONALD J. SAFFA, TRUST COMPANY OF OKLAHOMA, and J. P. MORGAN CHASE BANK, N.A., successor in interest to BANK ONE TRUST COMPANY, N. A.,

Real Parties in Interest.

On Application to Stay Enforcement of Order of Supreme Court of Oklahoma Denying Writ of Mandamus

### APPLICATION TO INDIVIDUAL JUSTICE TO STAY ENFORCEMENT OF FINAL ORDER

RECEIVED

NOV 25 2009

OFFICE OF THE CLERK
SUPREME COURT, U.S.

Joan Godlove
Counsel of Record
2121 S. Columbia Avenue, Suite 500
Tulsa, Oklahoma 74114-3519
(918) 744-0201

## UNITED STATES TAX COURT
### WASHINGTON, DC

April 23, 2025
Via USPS EXPRESS MAIL
via OVERNIGHT DELIVERY

COMMISSIONER of INTERNAL REVENUE,
ex rel.; Stephen Paul Wallace, WHISTLEBLOWER,
PETITIONERS,

   v.

RONALD JOSEPH SAFFA, former [IRS-CID Agent, et al;
RESPONDENTS.

Docket No.

5646-25 W

### WHISTLEBLOWER PETITION

Comes now Petitioners, who respectfully request the US TAX COURT to first address the "Criminal Findings of Fact and Conclusions of Law" which are adjudicated 1st, wherein only the [IRS-CID] has Subject Matter Jurisdiction & STANDING with Prosecutorial Authority to INVESTIGATE how SAFFA utilized his previous [IRS-CID] Intellectual Property knowledge to eviscerate/embezzle WALLACE'S "free & clear $100+ million Estate", using sham LLC'S, et al, to Criminally EVADE the US TAXES due & payable;

1 That Petitioner WALLACE, the Vested/Named Successor Trustee of All Wallace Family Assets, has exhausted All Remedy as a pauperis pro se VICTIM of SAFFA'S, et al., to HOLD SAFFA, et al., ACCOUNTABLE, verified by his now deceased counsel, JOAN GODLOVE, in her US SUPREME COURT [APPLICATION #: 09A510]; (enclosed, see Title 18, USC; *241 & *242)

2 That WALLACE offers JUDICIAL NOTICE & ACTUAL KNOWLEDGE of specific related WRIT'S in SUPPORT filed in the Seventh Circuit in [Case #:15-1168], & Fifth Circuit [Case #: 22-51026] (see PACER)

3 That EXTRAORDINARY CIRCUMSTANCES exist for WALLACE'S "Protection of his PERSON", as SAFFA, et al., have utilized Wallace's IRREVOCALE ESTATE Funds to hire CRIMINALS whom have "Stalked WALLACE for ABDUCTION & TERMINATION" to forever quash his CRIMES via his previous [IRS-CID] access to the Confidential Intellectual Property, to have this COURT contact [IRS-CID] to "procure a PROTECTION ORDER for Wallace's PERSON, sua sponte and instanter;

*Stephen P. Wallace*

Stephen P. Wallace, temporarily @
448 RAINTREE CT., Unit #:5G GLEN ELLYN, IL. 60137
(331) 575-2341

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** newsroom@ci.irs.gov <newsroom@ci.irs.gov>; foia@uspsoig.gov <foia@uspsoig.gov>
**Cc:** usadc.webmaster@usdoj.gov <usadc.webmaster@usdoj.gov>; dawson.support@ustaxcourt.gov <dawson.support@ustaxcourt.gov>; Stephen Wallace <spaulwallac
**Sent:** Monday, April 28, 2025 at 03:13:30 PM EDT
**Subject:** Fw: FINAL NOTICE AND DEMAND FOR 2003 "..attached Exhibit "A" Document Request.."

3rd PDF of Chronology: DC IRS-CI SAC Kareem Carter; foia@uspsoig.gov; DC US Attorney Ed Martin and US TAX COURT Asst. Deputy
the ROADMAP for the FORENSIC AUDIT of my Family's $100+ million Estate that former IRS-CID Agent RONALD J SAFFA has criminally
reselling to his sham LLC's and his Silent Criminal Parties..Managing Partner KLUTE has Denied the production of my Forensic Audit COM
which he will not Deny your timely Intervention.. please confirm Receipt to all PARTIES herein..Timing is Past Critical..Stephen P Wallace,

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** klute@danacole.com <klute@danacole.com>; beran@danacole.com <beran@danacole.com>; bjornjeld@danacole.com <bjornjeld@danacole.com>; gustafsson@da
**Cc:** service@aicpa.org <service@aicpa.org>; Seth Patrick <seth.patrick@ubt.com>; pshechter@se-forensics.com <pshechter@se-forensics.com>; meverett@se-forensi
Cassandra Ferrer <cferrer@se-forensics.com>; Robert Mitchell <robmit@att.net>; Dave Gillis <dbgillis@yahoo.com>; Bunny Jackson <bunny.jackson@yahoo.com>; Ste
<wallyamundo48@gmail.com>
**Sent:** Friday, November 15, 2024 at 01:26:26 PM CST
**Subject:** FINAL NOTICE AND DEMAND FOR 2003 "..attached Exhibit "A" Document Request.."

Managing Partner KLUTE, et al.:  Enclosed is Dianne Haberlan's last valiant attempt to HOLD THESE CRIMINAL INTERLOPER TRUSTE
hereby DEMAND your Forwarding [Exhibit "A" to all Parties (cc:) herein, including me to Avoid Taking prominent Dana F. Cole & Co., into t
and Sanctions by AICPA, sua sponte and instanter ..  Stephen Wallace, Successor Trustee and Co-Victim

Case: 1:08-cv-05647 Document #: 1 Filed: 10/03/08 Page 9 of 15 PageID #:9

## DANA F. COLE & COMPANY, LLP
### CERTIFIED PUBLIC ACCOUNTANTS
1248 O STREET, SUITE 500
LINCOLN, NEBRASKA 68508

October 6, 2005

**FILE COPY**

Ronald J. Saffa
3501 S. Yale Avenue
Tulsa, OK 74136

Tom Wilkins
Trust Company of Oklahoma
5727 S. Lewis Avenue
Tulsa, OK 74105

William B. Harrison
J.P. Morgan Chase & Co.
270 Park Avenue
New York, NY 10017

Jeff King, Managing Director
J.P. Morgan Private Client Services
420 Throckmorton
Ft. Worth, TX 76201

Nebraska

Kansas

Michigan

Missouri

Wyoming

www.danacole.com

Gentlemen:

Pursuant to instructions from Mary Roma Jage in her letter to you dated October 5, 2005, we are requesting all documents as listed in the attached Exhibit "A" Document Request for certain trusts and a partnership established by Frank A. Wallace and Lorice T. Wallace, both deceased.

Please send legible copies of the requested documents via U.S. mail. Please include a written listing of the contents with each separate package that is signed and dated by you. We will inspect and log in the contents of each package, noting any items not included or additional material that is included, and return your written, signed and dated listing of the contents with our signature and the date we received it. Please retain the originals of all the requested documents in your files for verification at a later date.

Our mailing address is Dana F. Cole & Company, LLP, 1248 "O" Street, Suite 500, Lincoln, Nebraska 68508. Please send the requested documents to my attention.

We appreciate your cooperation in this matter.

Yours truly,

DIANNE K. HABERLAN
For the Firm

e-mail: haberlan@danacole.com
direct line: 402-479-9318

Principal Office:
1248 O Street, Suite 500
Lincoln, NE 68508
402/479-9300
Fax 402/479-9315

DKH:laf

cc: Mary Roma Jage

**EXHIBIT**
**C**

BRIDGES INVESTMENT COUNSEL, INC.
8401 WEST DODGE ROAD, SUITE 256
OMAHA, NEBRASKA 68114-3420

TELEPHONE: 401-328-4100
FACSIMILE: 401-328-4440

May 24, 2004

Mr. William B. Harrison, Jr.
Chairman and Chief Executive Officer
J. P. Morgan Chase & Co.
270 Park Avenue
New York, NY 10017

Dear Mr. Harrison:

This letter is written on behalf of Stephen P. Wallace of Tulsa, Oklahoma. I am an investment adviser with residence and business in Omaha, Nebraska, where I have lived and practiced for 42 years. Our Firm is the continuation to the 208th registration with the Securities and Exchange Commission. There are approximately 60,000 registered investment advisers in the nation. I employ about 27 persons, and the Firm manages around $2 billion in client and trust customer assets. During my business career, I have started and successfully nurtured the first mutual fund organized under the laws of the State of Nebraska, a transfer agency business, and a state chartered trust company. These entities have business relationships in 27 states and several foreign countries. My secondary education was at Deerfield Academy in Deerfield, Massachusetts. I graduated Summa Cum Laude from the University of Nebraska in June, 1954. While I was a student, I received a Phi Beta Kappa Key and other honors. I received an MBA from Harvard University in June, 1956, and I continued on the faculty at Harvard Business School as a research assistant to George P. Baker and James J. Hill, Professor of Transportation, who later became the Dean of the School and, subsequently, the Trustee in bankruptcy for the Penn Central Railroad.

Mr. Wallace has sent you a letter dated May 3, 2004, in which he wishes your attention regarding his family affairs with the Trust Division of Bank One, N.A., located in Tulsa. Mr. Wallace wished me to indicate to you that a private trust company under our care would be willing to act as a successor to Bank One, N.A. and Union Bank and Trust Company in Lincoln, Nebraska, as a potential receiver for assets held either at the Trust Company of Oklahoma on behalf of his mother or the Frank A. Wallace Revocable Trust dated December 27, 1974. The major asset inside the Lorice T. Wallace Revocable Trust is the Lorice T. Wallace Family Limited Partnership. This letter serves to express our agreement to serve in the successor capacities desired by Mr. Wallace and his sister Roma Jage.

FROM :

MAY-24-04 18:47 FRON:BRIDGES INVESTMENT                    ID:4023876817                          :46PM  P18
                                                                                                  PAGE   8/8

Mr. William B. Harrison, Jr.                    2                          May 24, 2004

X

In my 45 years as an investment counselor and 12 years as the manager of Provident Trust Company, I have never seen a situation that deserves someone somewhere to stand up and find out the facts and provide appropriate relief to family members as principal and income beneficiaries than the situation faced by the family of Frank A. Wallace, deceased, and Lorice T. Wallace, deceased.

Bank One has a supervising officer for trust departments in Oklahoma and Texas by the name of Mark Clemons. This individual is someone who thought there was sufficient conflict of interest in Tulsa to move the administration of the Frank A. Wallace Trust to Dallas, Texas, in early 2003. This individual is competent and, I believe, compassionate. He described how difficult cases were handled within the Bank One system when protective administrative actions should occur. For some reason, his thinking or voice has been lost, and an overbearing and hurtful condition continues for the two family members referenced earlier in this letter. I urge you to respond to Mr. Wallace, and even though your Bank is not yet merged with Bank One, you should use your influence with Mr. Dimon and others to at least find a responsive way to address the concerns and ways to assist principal beneficiaries of his father's trust.

Thank you for your consideration in this matter on behalf of the Wallace family. For my part, our organization or its investment adviser has probably donated $10,000 to $25,000 in administrative time to set up the Wallace relationships. We have also paid for independent attorneys to see whether or not there were merits that should be considered and whether or not our organization should accept the Wallace trusts. Our Institution refuses to participate in any litigation. In this matter, my interest, and that of our personnel, are only desirous of finding ways to unify family members and to be peacemakers.

Sincerely,

Edson L. Bridges II, CFA
President

ELB/kjs

Extraordinary Circumstances exist where "equitable tolling of the statute of limitations is warranted" for the KLAN Defendants of Record whom were & are in 'covert collusion and concealment' of the EVIDENCE to prosecute Claims of their "outrageous & heinous conduct" upon VICTIMS.
*Infliction of Emotional Duress; Wrongful Incarceration; Attempted Murder; AKA* violating the UN Convention on TORTURE, just as the WW II Jewish Victims of the HOLOCAUST, have continued to successfully adjudicate Claims, CIVIL & CRIMINAL, against their Perpetrators to DATE !

[see Hilao v. Estate of Marcos, 103 F .3d 767, 773 (9th Cir. 1996);]

[see Rosner v. USA,  231 F Supp .2d 1202, 1209 (SD FL 2002);]

[see Bodner v. Banque Paribus, 114 F Supp .2d 117 (ED NY 2000);]

[see Richards v. Mileski, 662 F .2d 65 (DC Cir. 1981)]

## Fw: [IRS/CID] MIAMI to Retain JURISDICTION for Exemplary RICO DAMAGES

From:   Stephen Wallace (spaulwallace@yahoo.com)

To:     MiamiRecruiting@ci.irs.gov

Cc:     robmit@att.net; dbgillis@yahoo.com; spaulwallace@yahoo.com

Date:   Tuesday, November 26, 2024 at 08:43 AM EST

3rd PDF of Chronology: [IRS/CID] SAC MATTHEW D. LINE:  ALL [SD FL], et al., INTERESTED PARTIES HAVE JUDICIAL NOTICE AND ACTUAL KNOWLEDGE THAT YOU HAVE SOLE JURISDICTION IN MY LIFE AND DEATH MATTER !  RESPECTFULLY and URGENTLY AWAITING YOUR ENGAGEMENT and ENFORCEMENT.. Steve Wallace, Whistleblower and Co-Victim

----- Forwarded Message -----

**From:** Stephen Wallace <spaulwallace@yahoo.com>

**To:** Criminal.Division@usdoj.gov <criminal.division@usdoj.gov>

**Cc:** michael.e.horowitz@usdoj.gov <michael.e.horowitz@usdoj.gov>; markenzy.lapointe@usdoj.gov <markenzy.lapointe@usdoj.gov>; Waugh Robin (USAFLS) <robin.waugh@usdoj.gov>; Clark Christopher (USAFLS) <christopher.clark@usdoj.gov>; newsroom@ci.irs.gov <newsroom@ci.irs.gov>; Robert Mitchell <robmit@att.net>; Dave Gillis <dbgillis@yahoo.com>; Stephen Wallace <wallyamundo48@gmail.com>

**Sent:** Sunday, November 24, 2024 at 03:01:22 PM EST

**Subject:** Fw: [IRS/CID] MIAMI to Retain JURISDICTION for Exemplary RICO DAMAGES

For Full Disclosure.. rsvp.. Steve Wallace

----- Forwarded Message -----

**From:** Stephen Wallace <spaulwallace@yahoo.com>

**To:** klute@danacole.com <klute@danacole.com>; beran@danacole.com <beran@danacole.com>; bjornjeld@danacole.com <bjornjeld@danacole.com>; gustafsson@danacole.com <gustafsson@danacole.com>; services@danacole.com <services@danacole.com>

**Cc:** michael.e.horowitz@usdoj.gov <michael.e.horowitz@usdoj.gov>; newsroom@ci.irs.gov <newsroom@ci.irs.gov>; markenzy.lapointe@usdoj.gov <markenzy.lapointe@usdoj.gov>; Waugh Robin (USAFLS) <robin.waugh@usdoj.gov>; Clark Christopher (USAFLS) <christopher.clark@usdoj.gov>; Cassandra Ferrer <cferrer@se-forensics.com>; Robert Mitchell <robmit@att.net>; Dave Gillis <dbgillis@yahoo.com>; David Berns <davidb@davidbernscpa.com>; Seth Patrick <seth.patrick@ubt.com>; Bridgestrust Info <info@bridgestrust.com>; Stephen Wallace <wallyamundo48@gmail.com>; connie.fossi@nbcuni.com <connie.fossi@nbcuni.com>

**Sent:** Sunday, November 24, 2024 at 12:41:54 PM EST

3/16/26, 12:23 PM
Yahoo Mail - Fw: SUPPLEMENT: [IRS/CID] MIAMI to Retain JURISDICTION for Exemplary RICO DAMAGES
Case 1:26-cv-21106-KMW   Document 29-1   Entered on FLSD Docket 03/18/2026   Page 36 of 40

## Fw: SUPPLEMENT: [IRS/CID] MIAMI to Retain JURISDICTION for Exemplary RICO DAMAGES

From: Stephen Wallace (spaulwallace@yahoo.com)

To: newsroom@ci.irs.gov; aaron.e.cook@irscounsel.treas.gov; alexa.l.hancasky@irscounsel.treas.gov; usafls.citizencomplaints@usdoj.gov

Cc: christopher.clark@usdoj.gov; robmit@att.net; dbgillis@yahoo.com; efgodlove@gmail.com; spaulwallace@yahoo.com

Date: Friday, October 10, 2025 at 11:19 AM EDT

2nd PDF of 3: *MIAMI IRS-CID SAC EMMANUEL GOMEZ: Financial and Capital Crimes ACTORS cannot Withstand the *Criminal Findings of Fact and Conclusions of Law* .. RONALD J. SAFFA aka Leader of ongoing ENTERPRISE, has engaged Criminal Assassin's to TERMINATE me, to forever Quash Prosecution of his Aggravated Capital Manslaughter of my Down syndrome sister, LISA; my mother, LORICE, and valiant counsel, JOAN GODLOVE.. awaiting your Urgent Intervention !  ..Steve Wallace, IRS Whistleblower and Co-Victim

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** Clark Christopher (USAFLS) <christopher.clark@usdoj.gov>
**Cc:** Ernest Godlove <efgodlove@gmail.com>; Robert Mitchell <robmit@att.net>; Dave Gillis <dbgillis@yahoo.com>; Stephen Wallace <spaulwallace@yahoo.com>
**Sent:** Thursday, October 9, 2025 at 07:02:08 PM EDT
**Subject:** Fw: SUPPLEMENT: [IRS/CID] MIAMI to Retain JURISDICTION for Exemplary RICO DAMAGES

Chris, enclosed is the 'Achilles Heel Forensic Audit Outline', still DENIED TO DATE... aka Smoking Gun for IRS-CID and your potential Investigation/Prosecutions. ..Steve  ps  men knocking on my door @ 88PALMS an hour ago as painters for my room?

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** newsroom@ci.irs.gov <newsroom@ci.irs.gov>; FOIA - OIG <foia@uspsoig.gov>
**Cc:** usadc.webmaster@usdoj.gov <usadc.webmaster@usdoj.gov>; dawson.support@ustaxcourt.gov <dawson.support@ustaxcourt.gov>; Stephen Wallace <spaulwallace@yahoo.com>
**Sent:** Tuesday, April 29, 2025 at 12:07:48 PM EDT
**Subject:** SUPPLEMENT: [IRS/CID] MIAMI to Retain JURISDICTION for Exemplary RICO DAMAGES

Case 1:26-cv-21106-KMW    Document 29-1    Entered on FLSD Docket 03/18/2026    Page 37 of 40

## Fw: **FRWD to DC IRS-CI IG, JAROD KOOPMAN, UPON RECEIPT

From: Stephen Wallace (spaulwallace@yahoo.com)

To: usafls-usattorney@usa.doj.gov

Cc: newsroom@ci.irs.gov; jennifer.kuehl@ci.irs.gov; newyorkfieldoffice@ci.irs.gov; kcavalli@sifma.org; christopher.clark@usdoj.gov; robmit@att.net; dbgillis@yahoo.com; efgodlove@gmail.com; spaulwallace@yahoo.com

Date: Monday, October 13, 2025 at 09:05 AM EDT

*1st PDF of Chronology: US Attorney Jason A. Reding Quinones, the Enclosures herein remain in your [SD FL] Jurisdiction, as I have "exhausted All Remedy to Date" to secure my Personal Safety from RONALD J. SAFFA, the former "Rogue [IRS-CID] AGENT", who used the IRS-CID Intellectual Property knowledge to criminally EVADE the US Taxes due from his evicerating my Family's Irrevocable $100+ million Estate, "under color of Law", and taking the Lives of my Down syndrome sister, LISA; my mother, LORICE; and my valiant counsel, JOAN GODLOVE... Please timely review these Emails and Contact me with your Decision on the Details of my PROTECTION ORDER? Respectfully and Urgently submitted, Stephen P. Wallace at 88Palms hotel in West Palm Beach @ (331)575-2341

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** newsroom@ci.irs.gov <newsroom@ci.irs.gov>; jennifer.kuehl@ci.irs.gov <jennifer.kuehl@ci.irs.gov>; miamirecruiting@ci.irs.gov <miamirecruiting@ci.irs.gov>; newyorkfieldoffice@ci.irs.gov <newyorkfieldoffice@ci.irs.gov>
**Cc:** kcavalli@sifma.org <kcavalli@sifma.org>; Clark Christopher (USAFLS) <christopher.clark@usdoj.gov>; Robert Mitchell <robmit@att.net>; Dave Gillis <dbgillis@yahoo.com>; Ernest Godlove <efgodlove@gmail.com>; Stephen Wallace <spaulwallace@yahoo.com>
**Sent:** Friday, October 10, 2025 at 04:03:44 PM EDT
**Subject:** **FRWD to DC IRS-CI IG, JAROD KOOPMAN, UPON RECEIPT

1st PDF of 3 in Chronology: DC IG of IRS-CID, Jarod Koopman: Please urgently Review and Reply if you are able to Secure my Person in a local SAFE HOUSE, while Findings of Fact are adjudicated.. Respectfully and Urgently submitted, Steve Wallace, IRS Whistleblower and Co-Victim

----- Forwarded Message -----
**From:** Stephen Wallace <spaulwallace@yahoo.com>

LII > U.S. Code > Title 21. FOOD AND DRUGS
> Chapter 13. DRUG ABUSE PREVENTION AND CONTROL
> Subchapter I. CONTROL AND ENFORCEMENT > Part D. Offenses and Penalties
> **Section 848. Continuing criminal enterprise**

# 21 U.S. Code § 848. Continuing criminal enterprise

U.S. Code      Notes

## (a) PENALTIES; FORFEITURES

Any person who engages in a continuing criminal enterprise shall be sentenced to a term of imprisonment which may not be less than 20 years and which may be up to life imprisonment, to a fine not to exceed the greater of that authorized in accordance with the provisions of title 18 or $2,000,000 if the defendant is an individual or $5,000,000 if the defendant is other than an individual, and to the forfeiture prescribed in section 853 of this title; except that if any person engages in such activity after one or more prior convictions of him under this section have become final, he shall be sentenced to a term of imprisonment which may not be less than 30 years and which may be up to life imprisonment, to a fine not to exceed the greater of twice the amount authorized in accordance with the provisions of title 18 or $4,000,000 if the defendant is an individual or $10,000,000 if the defendant is other than an individual, and to the forfeiture prescribed in section 853 of this title.

## (b) LIFE IMPRISONMENT FOR ENGAGING IN CONTINUING CRIMINAL ENTERPRISE Any person who engages in a continuing criminal enterprise shall be imprisoned for life and fined in accordance with subsection (a), if—

(1) such person is the principal administrator, organizer, or leader of the enterprise or is one of several such principal administrators, organizers, or leaders; and



# Stephen P. Wallace

4529 Square Lake Drive, Palm Beach Gardens, Florida 33418
(331) 575-2341   spaulwallace@yahoo.com

# Education

**Georgetown University**, Washington D.C.- 1979; Language & Linguistics - Arabic

**Thunderbird Global,** Glendale, AZ. - 1974; Masters of International Management & Finance.

**Southern Methodist University,** Dallas, TX. - 1973; Masters of Business Administration/Finance.

**Loyola University,** Chicago, IL. - 1971; Bachelor of Arts in Political Science, 1969-1970 at the Loyola Rome Center, Italy, studying International Law & Realty Development.

# Experience

**Independent Justice Institute, LLC,** Washington, D.C. - 1997 to Present; Managing Director; Formed originally as a non-profit watchdog group monitoring legal malfeasance/misfeasance operating 'under color of law' by the prominent Washington, D.C. firm, Webster, Chamberlain & Bean; then as a for-profit Litigation Management Company (LMO), for Global Collection Services.

**Independent U.S. Senate Candidate (OK.)** - *2008 & 2010;* vs. Senator James Inhofe & Tom Coburn.

**River Oaks Development Corporation,** Tulsa, OK. - 1990 to 2000; Developer of a master planned, 300-acre, upscale golf residential community lying on over a mile of scenic Arkansas River frontage.

**Sandpiper Cove Apartments,** Boynton Beach, FL.- 1988; Development Partner with National Housing Partners in Washington D.C..

**Burnham Park Plaza ReHab,** Chicago - 1985; Investment Syndicator; Procured $15 million Re-Development Equity Limited Partnerships Interests for rehab of former Burnham YMCA into upscale condo/apartments.

**Wallace Investments,** Tulsa, OK. - 1984 to 2000; Family Working Partner of Realty/Oil & Gas Development of extensive Family Realty Holdings and the Oil & Gas Reserves lying thereunder.

**Al-Sayassah Publishing,** Netherlands - 1980; Kuwaiti Owner Representative; Kuwait University - studied Arabic

**World Trade Services, Inc.,** Tulsa, OK. & Houston, TX. - 1976 to 1979; President and Founder of Oklahoma Export Management Company (EMC), specializing in logistics for chartering ships & expediting drilling equipment worldwide. Secured Caterpillar International as a main client.

**Parker Drilling Company,** Tulsa, OK. & Houston, TX. - 1974 to 1976; Financial Planning & Control Analyst for all Global Drilling Operations for the largest land drilling company in the world. Extensive travel for interaction with all global subsidies and their administrative officers.

**Activities:** Retired Tae Kwon Do Karate Black Belt & Budweiser Sponsored Tournament Soccer Player.